

## Service of Process Transmittal Summary

**TO:**     Natalie D'Amora, Senior Counsel
Chubb
436 WALNUT ST
PHILADELPHIA, PA 19106-3703

**RE:**     **Process Served in Florida**

**FOR:**    ACE American Insurance Company  (Domestic State: PA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | WHERE'S EILEEN, LLC, MARK J. FISCHER AND EILEEN FISCHER vs. ACE AMERICAN INSURANCE COMPANY |
| **CASE #:** | CACE23022594 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **PROCESS SERVED ON:** | C T Corporation System, Plantation, FL |
| **DATE/METHOD OF SERVICE:** | By Electronic Receipt on 01/08/2024 at 00:00 |
| **JURISDICTION SERVED:** | Florida |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/08/2024, Expected Purge Date: 01/13/2024 |
| | Image SOP |
| | Email Notification,  Incoming Legal  incominglegal@chubb.com |
| | Email Notification,  Taryn Kindred  Taryn.Kindred@Chubb.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System
1200 South Pine Island Road
Plantation, FL 33324
877-564-7529
MajorAccountTeam1@wolterskluwer.com |
| **REMARKS:** | Process received by Chief Financial Officer on 01/04/2024, and forwarded to C T Corporation System by electronic delivery on 01/08/2024 |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

**EXHIBIT**
**A**

*24-000003603*

CHIEF FINANCIAL OFFICER
JIMMY PATRONIS
STATE OF FLORIDA

---

WHERE'S EILEEN, LLC, MARK J. FISCHER AND
EILEEN FISCHER

PLAINTIFF(S)

VS.

ACE AMERICAN INSURANCE COMPANY

DEFENDANT(S)

_____/

SUMMONS

**CASE #:** **CACE-23-022594**
**COURT:** **17TH JUDICIAL CIRCUIT**
**COUNTY:** **BROWARD**
**DFS-SOP #:** **24-000003603**

# <u>NOTICE OF SERVICE OF PROCESS</u>

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by ELECTRONIC DELIVERY on Thursday, January 4, 2024 and a copy was forwarded by ELECTRONIC DELIVERY on Monday, January 8, 2024 to the designated agent for the named entity as shown below.

ACE AMERICAN INSURANCE COMPANY
DONNA MOCH
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

**\*Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule 1.080.**

*Jimmy Patronis*

Jimmy Patronis
Chief Financial Officer

MICHAEL CRAIG NOLAN
CERTIFIED PROCESS SERVER #111
NOLAN PROCESS SERVERS, LLC
7498 ANGLEWOOD LANE
TALLAHASSEE, FL 32309

AC2

IN THE COURT OF THE SEVENTEENTH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

WHERE'S EILEEN, LLC, MARK J. FISCHER
and EILEEN FISCHER,

      Plaintiffs,

v.                           CASE NO.: CACE-23-022594

ACE AMERICAN INSURANCE COMPANY,

      Defendant.

_____/

## CIVIL ACTION SUMMONS

**YOU ARE HEREBY COMMANDED** to serve this Summons and copy of the Complaint in this action on the following Defendant:

ACE AMERICAN INSURANCE COMPANY
200 East Gaines Street
Tallahassee, FL 32399-0301

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phonebook).

      If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

**LAW OFFICES OF MICHELLE OTERO VALDES**
**C/O MICHELLE OTERO VALDES, B.C.S.**
**2030 SOUTH DOUGLAS ROAD., SUITE 117**
**CORAL GABLES, FLORIDA 33143**
**Telephone: (305) 377-3700**
**Facsimile: (786) 580-4671**

1
www.michelleoterovaldes.com

In accordance with the Americans with Disabilities Act of 1990, persons needing a special accommodation to participate in this proceeding should contact the Court ADA Coordinator, Room 470, 201 S.E. Sixth Street, Fort Lauderdale, FL 33301, no later than seven days prior to the proceeding. Telephone (954) 831-7721 for assistance; if hearing or voice impaired, call 711 for assistance.

EACH SHERIFF OF THE STATE:

YOU ARE HEREBY COMMANDED to serve the Summons and a copy of the Complaint in this lawsuit on the above-named Defendants(s).

Dated this _____ day of _____, 2023.       DEC 20 2023

Brenda D. Forman
Clerk of the Circuit Court

By: _____
     Deputy Clerk

BRENDA D. FORMAN

www.michelleoterovaldes.com

IN THE COURT OF THE SEVENTEENTH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

WHERE'S EILEEN, LLC, MARK J. FISCHER
and EILEEN FISCHER,

       Plaintiffs,

v.                            CASE NO.: _____

ACE AMERICAN INSURANCE COMPANY,

       Defendant.

_____/

## COMPLAINT

COMES NOW, the Plaintiffs, WHERE'S EILEEN, LLC ("WHERE'S EILEEN"), MARK

J. FISCHER ("MR. FISCHER") and EILEEN FISCHER ("MRS. FISCHER"), by and through

their undersigned counsel, and pursuant to Fla. R. Civ. P. 1.050 files this Complaint against

Defendant, ACE AMERICAN INSURANCE COMPANY ("ACE" or "Defendant") and in

support thereof states the following:

## JURISDICTION

1.      This Court has subject matter jurisdiction over this cause of action, as the matter in

controversy exceeds $50,000.00, exclusive of interest, costs and attorneys' fees.

2.      At all material times hereto, venue in this Court was and is proper pursuant to

Florida Statute § 47.011 because the causes of action accrued and the majority of events occurred

within Broward County, Florida, including, but not limited to at all material times: the property at

issue hailed from here and the policy was delivered here.

## **THE PARTIES**

3.      At all times material hereto, WHERE'S EILEEN was and is a Florida limited liability company organized and existing in and by virtue of the laws of the State of Florida and is otherwise, *sui juris*.

4.      MR. FISCHER is a manager of WHERE'S EILEEN and a Florida resident.

5.      Upon information and belief, Defendant is an insurance company domiciled in and with its principal place of business in Philadelphia, Pennsylvania.

6.      Defendant is engaged in the business of selling marine insurance policies in the State of Florida, and was actively, purposefully, willfully, intentionally, systematically and not in an isolated manner, conducting business in Broward County, Florida and is otherwise, *sui juris*.

7.       Upon information and belief, Defendant is a subsidiary of the Chubb Group of Companies, a large multinational commercial, industrial, and personal property insurer.

8.      At all material times, Defendant has been licensed in Florida to sell insurance.

## **FACTS COMMON TO ALL COUNTS**

### **A. The Insurance Program**

9.      On or about June 10, 2019, WHERE'S EILEEN purchased marine insurance through its insurance broker for the vessel named "WHERE'S EILEEN", a 2019, 112' Ocean Alexander motor yacht, HIN No. OAX11204B819 (the "Vessel").

10.     On or about June 10, 2019, the Defendant issued Policy No. Y09879407 (the "Policy") covering the subject vessel. A copy of the Policy is attached hereto as **Exhibit 1**.

11.     The Vessel was purchased by WHERE'S EILEEN for $13.5 million on or about December 17, 2018 from yacht broker MarineMax East, Inc. ("MM"), taking delivery on or about that same date.

12.     The effective dates of the Policy were June 10, 2019 to June 10, 2020. *Id.* at 7.

13.     The Policy provides for payments for property damage to be made payable to WHERE'S EILEEN, LLC as a Named Insured (*Id.*) and BB&T—Titled Collateral. See Scheduled Vessel Endorsement, MA-2W801.

14.     On or about January 3, 2020, the BB&T Note was paid by MR. and MRS. FISCHER, who then took back a Promissory Note from WHERE'S EILEEN, becoming Loss Payees under the Policy.

15.     Under the terms of the Policy:

> If a loss payee is named in this policy, any loss payable will be paid to the loss payee.

Ex.1 at 44.

Thus, the payments for property damage are to be paid to WHERE'S EILEEN and MR. and MRS. FISCHER.

**B.  The Insurance Coverages**

16.     The Policy covers loss or damage to the Vessel and pays up to its limits on a per "occurrence" basis. "Occurrence" is defined in the Policy as follows:

> **Occurrence** means a sudden and unexpected loss or accident to which this insurance applies occurring within the policy period. Continuous or repeated exposure to substantially the same general conditions unless excluded is considered to be one occurrence.

*Id.* at A-2.

17.     The coverage extends to "all risk of physical loss to your insured vessel, unless stated otherwise or an exclusion applies." *Id.* at E-1.

18.    "Property damage" is broadly defined as the "physical injury or destruction of tangible property." *Id.* at A-3.

19.    "You" is defined in the Policy as "an entity shown on the Declarations Page, its members and their spouses who live with them…" *Id.* at A.3.

20.    "Total Loss means the insured vessel shown on the Declaration Page is completely destroyed, lost or is a constructive total loss." *Id.* at A.3.

21.    The Deductible shown on the Declaration Page is waived if a "total loss" occurs. *Id.* at E.1.

22.    The Policy addresses "partial loss" as follows:

> **Partial loss.** If your insured vessel is partially damaged, we will pay the reasonable cost to repair or replace, whichever is less, the damaged parts of your insured vessel, without deduction for depreciation, up to the amount of property damage coverage for that insured vessel shown on the Declarations Page with labor and parts of like kind and quality. We will use original equipment manufacturer parts for repairs arising out of a covered loss to your insured vessel, unless the parts are no longer manufactured or available...

*Id.* at E-2.

23.    A vessel is considered a constructive total loss when the damage is reparable, but the costs of recovery and repair exceed the insured value of the vessel.

24.    The Policy addresses "Property Damage Conditions" as follows:

> **Your duties after a loss:** If you have a loss this policy may cover, you must perform these duties:
> **Notification.** You must immediately notify us or your agent or broker of your loss…
> **Protect property.** You must take all reasonable means that are necessary to protect property

*Id.* at O-3.

25.    The Policy provides "Extra Property Damage Coverage" as follows:

In addition to covering the physical loss to your insured vessel, we also provide other related coverages. <u>These coverages are in addition to the amount of property damage coverage for your insured vessel</u> unless stated otherwise or an exclusion applies. All deductibles apply to Extra Property Damage Coverages unless stated otherwise…

**Loss expense:** As a covered loss, we will pay for all reasonable salvage expense charges you are obligated to pay and the necessary precautionary repairs made solely to protect your insured vessel from further loss or damage by a covered peril, up to 100% of the amount of property damage coverage shown on the Declaration Page for your insured vessel. <u>There is no deducible for this coverage</u>.

*Id.* at E-2 and 3 (emphasis added).

26. The total amount of insurance for property damage to the Vessel in the Policy is $13.5 million. *Id.*, Scheduled Vessel Endorsement at 1.

27. The Policy also has an additional coverage of $13.5 million for "Emergency Towing and Service." *Id.* at E-3.

28. The Emergency Towing and Service portion of the Policy applies no deductible. *Id.*

### C. The First Loss

29. On June 29, 2019, the Vessel suffered a partial flooding when a toilet's solenoid valve malfunctioned while docked in Baltimore, Maryland.

30. The damage included floor wood panel damage, carpet damage, wall fabric damage and veneer damage.

31. The flooding damage constitutes an insured "occurrence" under the Policy.

32. The flooding damage caused water damage to the Vessel's sky lounge.

### D. The Second Loss

33. On September 9, 2019, while the Vessel was headed to undergo repairs as a result of the flooding event and to be subsequently traded in, the Vessel experienced a direct lightning

strike while cruising at approximately 15 knots eight miles off the coastline of North Carolina, with MR. and MRS. FISCHER and the crew onboard.

34.      The lightning strike constitutes an insured "occurrence" under the Policy.

35.      The lightning struck the vessel's starboard VHF antenna, travelled through the fiberglass arch continuing through the hull, machinery, and wiring of the vessel and exited through the starboard propeller shaft.

36.      The lightning strike caused extensive electrical damage throughout the vessel, including, but not limited to:

     a.   Causing the VHF coaxial cable to melt;

     b.   Causing some of the computer networking cables to melt;

     c.   Destroying the electronic control modules for the main diesel engines causing the engines to shut down;

     d.   Causing an engine room fire on the starboard main engine that had to be extinguished by the crew;

     e.   Damaging the starboard propeller; and

     f.   Resulting in the manufacturer, Alexander Marine International Co., Limited, otherwise known as Ocean Alexander ("OA"),[1] voiding the Vessel's 3-year warranty 265 days into the 3-year warranty period with over two and a half years remaining.

37.      As a result of the lightning strike, the insured vessel was dead in the water in the Atlantic Ocean off the coast of North Carolina.

---

[1] There are various OA entities involved in this matter, including Alexander Marine International Co., Limited, the manufacturer of OA vessels,  Alexander Marine International, the reported importer for OA yachts and East Coast Yacht Group, the authorized warranty providers for OA vessels; collectively identified as "OA".

38.     WHERE'S EILEEN immediately arranged for the Vessel to be towed to safe harbor at Fairlead Boatworks ("Fairlead") in Portsmouth, Virginia.

39.     On or about October 3, 2019, the manufacturer of the Vessel confirmed that it was the only entity that could reasonably establish the extent of damage to the Vessel to ensure that it could be returned to its full pre-loss condition.

**E. The Claims**

40.     Immediately after the flooding claim, WHERE'S EILEEN notified ACE of the flooding damage.

41.     ACE acknowledged notice of the flooding claim but did nothing further to investigate.

42.     Despite promising to pay for the flooding damage, ACE has not done so.

43.     Immediately after the lightning strike, WHERE'S EILEEN notified ACE of the lightning damage to the Vessel.

44.     ACE acknowledged the notice of loss for the lightning strike claim and on September 12, 2019, ACE confirmed it would make arrangements to have the Vessel towed from Fairlead to Fort Lauderdale for further investigation.

45.     The Vessel could not remain at Fairlead for very long, as Fairlead anticipated receiving several government projects and already had pre-existing plans to renovate the facility, including maintenance to its Syncrolift track system.

46.     Therefore, it was subsequently agreed with ACE that the Vessel would be hauled out at Fairlead, damages investigated there and then the Vessel would be placed back into the water and towed to Fort Lauderdale.

47.     ACE initially hired surveyor William Patterson to investigate the loss and to inspect and evaluate the extent of the loss.

48.     WHERE'S EILEEN hired its own marine surveyor/project manager, Scott Armstrong, to oversee temporary and emergency services to inspect the damage, to provide initial assessment of the damage, and get estimates with respect to all emergency repairs and temporary repairs.

49.     After William Patterson's initial inspection of the Vessel, he confirmed to agents of WHERE'S EILEEN that it was his opinion that the Vessel must be evaluated solely by OA and suggested that the Vessel was a constructive total loss.

50.     Not happy with Mr. Patterson's findings, ACE retained another surveyor, Sarkis Keuleyan, to investigate the loss on its behalf.

51.     On October 11, 2019, Mr. Keuleyan wrote an email message to ACE, suggesting various repairs to the electronic system had to be made to determine whether or not the system needed full replacement. This message was copied to the Captain of the Vessel. This email was forwarded to OA by WHERE'S EILEEN, seeking OA's confirmation that such recommendations are approved and that the repairs would not void the Vessel's warranty.

52.     OA responded by confirming that "Ocean Alexander cannot and will not approve and/or endorse" any repair actions by ACE, as "[t]he [V]essel sustained very serious damage from the lightning strike." OA also confirmed that because of the lightning strike, the Vessel's warranty was void.

53.     ACE was informed of the manufacturer's position on October 15, 2019.

54.     On that same day, MR. FISCHER, on behalf of WHERE'S EILEEN, wrote a formal letter to ACE, expressing his concerns at the delay of ACE's investigation into the loss. A month

after the loss, WHERE'S EILEEN incurred close to $100,000 in Vessel sue and labor expenses. MR. FISCHER asked ACE to directly pay some of WHERE'S EILEEN's costs being incurred due to ACE's investigation. WHERE'S EILEEN demanded a phone conference on October 17, 2019 to discuss further.

55.    On October 17, 2019, a phone call was had between WHERE'S EILEEN and ACE. On that call, WHERE'S EILEEN and its agents expressed concerns that ACE's investigation could cause another fire aboard the Vessel. Mr. Keuleyan, ACE's surveyor confirmed that "there is never a guarantee nothing will happen." ACE's representatives on the call refused to confirm that ACE would indemnify and hold the owner harmless in any subsequent loss related to its investigation, nor did it squarely address WHERE'S EILEEN'S concerns that the Vessel was a fire risk and would not confirm that another fire, due to ACE's investigation, would be covered under the Policy for this claim.

56.    Mr. Keuleyan began meeting with technicians for various repair companies to get estimates on what it would take to repair the Vessel.

57.    On October 30, 2019, WHERE'S EILEEN, sent a letter to ACE confirming the October 17, 2019 telephone conference and specifically asked: "If another casualty should occur as a result of work carried out as a result of the above-referenced incident, will such second casualty be considered part of the original lightning strike claim?" ACE has never adequately responded to this inquiry, instead suggesting that it is a hypothetical question.

58.    Because of ACE's refusal to respond to the coverage question, the letter confirmed that WHERE'S EILEEN would require all of ACE's contractors to sign a standard, industry-accepted release and provide copies of their insurance policies to ensure that they had adequate insurance coverage for the work they were intending to undertake. Subsequent to this, all of ACE's

contractors were found to be underinsured, refused to sign any releases or otherwise guarantee that their work would not cause additional damage to the Vessel or the Fairlead facility, a shipyard that supports U.S. warships and other military craft.

59.     On November 7, 2019, WHERE'S EILEEN, again wrote to ACE, seeking a response to the letter dated October 30, 2019.

60.     By November 11, 2019, Mr. Keuleyan, on behalf of ACE, was obtaining quotes to relocate the Vessel to Lauderdale Marine Center in Fort Lauderdale.

61.     On November 21, 2019, WHERE'S EILEEN again wrote to ACE, expressing concern of certain actions to be undertaken to the Vessel without the Vessel owner's approval. ACE failed to respond to the insured's concerns.

62.     On November 26, 2019, ACE wrote to WHERE'S EILEEN, confirming that ACE was obtaining estimates to tow the Vessel to Fort Lauderdale. This is 78 days after the loss. ACE still did not confirm it would be paying the Vessel's yard storage fees nor confirm what expenses ACE would be covering under the Policy. ACE again failed to address the issue of the potential risk of additional casualties occurring during the attempted repair and powering up of the Vessel during ACE's investigation.

63.     In response to this letter, WHERE'S EILEEN wrote to ACE on December 4, 2019, advising that it would be safer to ship the Vessel on a larger shipping vessel, given that the Vessel was a dead ship, with no electrical power, with non-functional alarm systems, no navigation system,  with non-functioning stabilizers and other equipment, causing it to roll and pitch in open seas and with no apparent plan to obtain a trip and tow survey. This December 4, 2019 letter again asked that ACE respond to WHERE'S EILEEN's letter dated October 30, 2019 on whether "if

another casualty should occur, will such second casualty be considered part of the original lightning strike claim?".

64.     The December 4, 2019 letter also asked ACE if it "will be paying the salaries of crewmembers that will be attending the vessel [during the tow]" as sue and labor expenses. By this time, WHERE'S EILEEN incurred over $194,000 in sue and labor expenses and urged ACE to be mindful of WHERE'S EILEEN's continued burden in financing ACE's claim investigation.

65.     On or about December 10, 2019, Fairlead advised that ACE had not paid the boatyard's storage fees, which began to strain the relationship between Fairlead and WHERE'S EILEEN. The following morning, ACE was informed of this problem and WHERE'S EILEEN demanded confirmation that ACE: a) was paying Fairlead's invoices; b) was paying other sue and labor costs incurred by WHERE'S EILEEN; c) obtained the releases signed by the contractors hired by ACE to conduct its investigation; d) obtained the insurance policies for the contractors doing work on the Vessel; e) had finalized its plans for the move of the Vessel to Fort Lauderdale; and f) was paying the salaries of crewmembers required to be aboard the Vessel as a sue and labor expense if it was to be towed.

66.     On December 11, 2019, ACE advised that it changed its mind and now wanted to undertake its investigation at Fairlead. This is 93 days after the loss and months after ACE was reportedly obtaining estimates for the Vessel to be towed to Fort Lauderdale. ACE acknowledged WHERE'S EILEEN's request for its vendors to sign releases but also advised that it would "revisit" the request "in due course." Meanwhile, WHERE'S EILEEN continued to incur additional sue and labor costs associated with ACE's purported investigation.

67.     On December 12, 2019, Mr. Armstrong advised Mr. Keuleyan that the Vessel needed to be moved out of Fairlead, as the Vessel was only supposed to be there temporarily.

68.     On that same date, WHERE'S EILEEN communicated with ACE, stressing the concern at the continued delay in the tow of the Vessel and reiterating WHERE'S EILEEN's mounting sue and labor costs caused by ACE's dragging its feet in its investigation. WHERE'S EILEEN proposed that ACE accept an abandonment of the Vessel in return for payment of WHERE'S EILEEN's losses. ACE ultimately failed to respond to the proposal.

69.     ACE finally proposed to get a tow arranged for the Vessel in late February 2020 and suggested certain repairs to the Vessel to begin at Fairlead. Mr. Armstrong, on behalf of WHERE'S EILEEN, agreed to proceed accordingly, and ACE was notified of this on January 23, 2020. WHERE'S EILEEN, again reminded ACE that all vendors much sign a release before performing work on the Vessel and provide their insurance information for consideration.

70.     However, ACE did not inform their vendors of the need for insurance information or the need for the contractors to sign a release until late January 2020, about 90 days after WHERE'S EILEEN advised ACE such documentation would be required, due to its refusal to confirm coverage should anything occur as a result of ACE's contractors investigating the loss on the Vessel.

71.     WHERE'S EILEEN sent another letter to ACE on February 12, 2020, requesting copies of the proposed towing contracts for WHERE'S EILEEN's review, given another 63 days had passed since Mr. Armstrong again advised ACE the Vessel had to be towed out of Fairlead.

72.     WHERE'S EILEEN received a copy of a proposed tow contract on February 13, 2020 and made extensive comments on the propriety of the contract to ACE the following morning. In response, ACE suggested the Vessel remain at Fairlead and remained silent as to the costs incurred by WHERE'S EILEEN since the inception of ACE's purported investigation, with the Vessel continuing to be laid up and incurring costs with no end in sight.

73.    Frustrated with ACE's continued delays, WHERE'S EILEEN began to evaluate its options to "stop the bleeding" on expenses it was incurring with the Vessel. WHERE'S EILEEN investigated whether it could trade in the Vessel in its damaged condition for another, undamaged vessel. In response, MM advised MR. and MRS. FISCHER in a letter dated February 28, 2020 that it would be unable to take in the Vessel given the need for "extensive repairs and the impact of the associated disclosure letter to a new buyer." *See* MM letter attached hereto as **Exhibit 2**.

74.    On March 2, 2020, WHERE'S EILEEN received a letter from OA advising the entire electrical system for the Vessel must be replaced and to do otherwise would leave the Vessel in an unsafe condition. *See* OA letter attached hereto as **Exhibit 3**. This letter was forwarded to ACE.

75.    By March 25, 2020, ACE pivots again and begins to look at alternative yards, given Fairlead again demands the Vessel be removed from their yard.

76.    In this letter, ACE also sought an Examination Under Oath ("EUO") from "the person with the most knowledge of the subject incident and the alleged damage caused by the referenced lightning strike." WHERE'S EILEEN quickly responded to this request, asking that ACE coordinate this as soon as possible and to arrange for a remote EUO, given the COVID-19 situation. ACE never contacted WHERE'S EILEEN to arrange the requested EUO.

77.    On April 14, 2020, Mr. Sarkis wrote to Mr. Armstrong, proposing bid terms for towing the Vessel to Jarrett Bay in North Carolina, making clear that ACE "has not at this time taken any position with respect to towing the vessel to Jarrett Bay." This is 214 days after ACE informed WHERE'S EILEEN it was making arrangements to tow the Vessel to Fort Lauderdale, not Jarrett Bay.

78. On April 15, 2020, ACE issued a Notice of Non-Renewal of the Policy to WHERE'S EILEEN. In the Notice of Non-Renewal, ACE notes the flooding damage with notation "claim is open" and the lightning strike damage to the Vessel with the notation "claim is open". See **Exhibit 4**, ACE Notice of Non-Renewal of Insurance. This letter was received by WHERE'S EIILEEN on April 20, 2020.

79. Before receiving the Notice of Non-Renewal of Insurance, WHERE'S EILEEN again asked ACE to relocate the Vessel to Fort Lauderdale to ultimately haul out the Vessel to facilitate investigation into the Vessel's loss. ACE refused the request.

80. Due to ACE's continued dithering, Fairlead's eviction of the Vessel from its facility and in an effort to advance a solution to have the Vessel repaired and now, the urgency of finding a solution as a result ACE's Notice of Non-Renewal of Insurance, WHERE'S EILEEN incurred substantial costs in moving the Vessel to Fort Lauderdale.

81. WHERE'S EILEEN requested a routine extension of coverage of the Policy given the non-renewal and given it was attempting to obtain insurance coverage elsewhere. ACE refused to extend coverage, which required WHERE'S EILEEN to incur yet additional sue and labor costs, including but not limited to, hiring a third party to remain on board the Vessel and to insure it was adequately cared for.

82. After the Vessel arrived in Fort Lauderdale but before she could be hauled out of the water, the Policy lapsed and ACE again refused to extend coverage to allow haul out. No shipyard would agree to haul out the Vessel without insurance coverage in place.

83. ACE's actions throughout presented WHERE'S EILEEN with a Hobson's choice: 1) continue to carry the costs of the Vessel while ACE did nothing to advance its investigation, refused to respond to reasonable requests and stonewall a solution, while refusing to extend or

otherwise renew the Policy; or 2) sell the Vessel to stop the financial bleeding. Thus, on July 14, 2020, after much work, expense and consternation, WHERE'S EILEEN managed to trade-in the Vessel for another vessel at a steep loss. As part of the trade-in of the Vessel, it was agreed that the buyer would document all reasonable costs incurred for the repairs to the Vessel directly related to the flooding and lightning strike claims.

84.     As part of the trade-in agreement, it was also agreed that the Vessel would be delivered to OA in Taiwan for investigation and repair because: a) ACE's expert, Bill Patterson, opined that "only the manufacturer can tell us what it will cost to fix this mess"; b) OA rejected any repairs proposed by WHERE'S EILEEN; c) OA had advised WHERE'S EILEEN that the Vessel was no longer under warranty; d) OA insisted numerous times that the repairs to the Vessel could not be undertaken locally and had to be undertaken in Taiwan; e) the Vessel had no insurance and thus, no yard in Fort Lauderdale would agree to haul her out, much less allow repair work to the Vessel on their property; f) OA's admonishment that the repairs had to be inspected and corrected by them or would risk the Vessel remaining in an unsafe condition for use by WHERE'S EILEEN or any future owner; and g) WHERE'S EILEEN'S very real concern that re-energizing the Vessel could be a fire hazard, given the fire to the starboard main engine and other Vessel components as a result of the lightning strike.

85.     On or about August 12, 2020, the Vessel was loaded aboard M/V BBC MEKONG and shipped to Taiwan for evaluation by OA and if possible, repair.

86.     Upon arrival at OA's facility, the Vessel began a process of evaluation and repair that was documented in detail by OA and sent to ACE by WHERE'S EILEEN.

87.     The Vessel returned from OA's facility in Taiwan after over a year of repairs, which have been fully reported and documented to ACE.

88.     Since the Vessel has been returned to Fort Lauderdale and after the extensive repairs have been undertaken by OA, ACE has reinsured the Vessel for another owner, at significant expense to the Plaintiffs, including but not limited to the extensive sue and labor costs incurred by WHERE'S EILEEN, the shipping costs incurred to get the Vessel to Fort Lauderdale and ultimately to Taiwan, reselling the Vessel in its damaged condition at a steep loss to allow OA do what it needed to do to make the Vessel safe and putting the Vessel in a condition where it was acceptable to ACE to reinsure the Vessel for another owner.

89.     ACE has paid $1,404,178.22 for WHERE'S EILEEN'S lightning strike claim, far short of the amount payable per the terms of the insurance Policy and the amount demanded.

90.     The amount referenced in Paragraph the preceding reflects an interim payment towards the amount of the claim payable under the Policy.

91.     ACE has paid WHERE'S EILEEN another $9,156.25 for reimbursement of the initial tow by Cape Henry Launch Service, Inc. after the lightning strike, but this check was returned to ACE by WHERE'S EILEEN, as ACE added the notation on the check "in Settlement of Towing Costs." No settlement has been reached between the parties and WHERE'S EILEEN does not waive its right to seek reimbursement of all towing costs. ACE has never replaced this check without a limitation notation. Thus, these towing costs remain due and owing to WHERE'S EILEEN by admission by ACE.

92.     ACE has paid nothing for WHERE'S EILEEN'S documented flooding claim.

93.     WHERE'S EILEEN's losses include the partial loss of the Vessel, sue and labor expenses and all damages related thereto.

94.     As a result of the damage inflicted on the Vessel by the two claims, WHERE'S EILEEN, by trading in the Vessel for far less than the Vessel would have been worth repaired, has

incurred temporary and emergency expenses, towing costs, repair and replacement costs, extra expenses, and other losses, including consequential damages directly resulting from ACE's actions.

95.     WHERE'S EILEEN has had to engage counsel to handle and bring its claims against ACE, incurring substantial sums in attorney's fees and costs as a result.

96.     WHERE'S EILEEN fulfilled all conditions precedent and contractual obligations under the Policy.

97.     Pre-suit notice was issued to ACE pursuant to Florida Statute § 627.70152 on or about October 6, 2023.

## COUNT I – WHERE'S EILEEN CLAIM FOR
## BREACH OF CONTRACT

98.     WHERE'S EILEEN repeats and re-alleges each and every allegation set forth in the section above titled "Jurisdiction, the Parties and Common Facts" as if set forth herein at length, and further alleges:

99.     There was a valid contract between WHERE'S EILEEN and ACE by way of the Policy.

100.     ACE breached its contract with WHERE'S EILEEN when it effectively denied full coverage for covered losses caused by the lightning strike.

101.     ACE breached its contract with WHERE'S EILEEN when it said it was paying WHERE'S EILEEN for the flooding damage but has failed to do so.

102.     As a direct result of ACE's breach of its insurance contract, WHERE'S EILEEN has been damaged and suffered significant damages caused by ACE's: a) failure to pay the flooding damage claim at all; and b) improperly reducing the amounts to be paid to WHERE'S EILEEN for its lightning strike claim.

WHEREFORE, the Plaintiff, WHERE'S EILEEN, LLC prays for this Court to enter an award, in its favor, of compensatory damages for policy proceeds, attorney's fees pursuant to Florida Statute § 627.428 given the Policy was issued July 15, 2019, pre- and post-judgment interest, and such other and further relief as this Court may deem just and proper under the circumstances.

### COUNT II – MR. AND MRS. FISCHER CLAIM FOR BREACH OF CONTRACT

103.    MR. and MRS. FISCHER repeat and re-allege each and every allegation set forth in the section above titled "Jurisdiction, the Parties and Common Facts" as if set forth herein at length, and further alleges:

104.    MR. and MRS. FISCHER have an insurable interest in the Vessel, as third-party beneficiaries to the Policy, as Loss Payees and omnibus insureds.

105.    ACE breached the contract when it effectively failed to pay for covered losses caused by the flooding claim and underpaying the claim caused by the lightning strike.

106.    As a direct result of ACE's breach of its insurance contract, MR. and MRS. FISCHER have been damaged and continues to suffer significant damages caused by ACE's improper actions in failing to pay the flooding damages and failing to fully pay the lightning strike damages.

WHEREFORE, the Plaintiffs, MR. and MRS. FISCHER pray for this Court to enter an award, in its favor, of compensatory damages for policy proceeds, consequential damages caused by ACE's improper denial of coverage, attorney's fees pursuant to Florida Statute § 627.428 given the Policy was issued July 15, 2019, pre and post-judgment interest, and such other and further relief as this Court may deem just and proper under the circumstances.

## JURY DEMAND

WHERE's EILEEN hereby demands a trial by jury for all issues so triable that are raised in this Complaint.

Respectfully submitted,

THE LAW OFFICES OF MICHELLE OTERO VALDES

 s/ Michelle Otero Valdés
Michelle Otero Valdés, B.C.S.
Florida Bar No. 14990
2030 S. Douglas Road, Suite 117
Coral Gables, Florida 33134
Tel: (305) 377-3700
Fax: (786) 580-4671
 E-mail : mov@miamimaritimelaw.co
         admin@miamimaritimelaw.co
*Attorneys for Plaintiffs*

# EXHIBIT
# 1

INSURED COPY

Where's Eileen, LLC

534 Bontona Ave

Fort Lauderdale, FL 33301

MA-5T95

Y09879407

# CHUBB˙

**Please retain the following important information for future reference.**

*Thank you for insuring with Chubb Recreational Marine Insurance.*

| | |
|---|---|
| Your Policy Number | **Y09879407** |
| Your Agent | **NOVAMAR INSURANCE GROUP INC**<br>**1549 RINGLING BLVD**<br>**SUITE 101**<br>**SARASOTA, FL 34236**<br><br>Phone: **800-823-2798** |
| Customer Service | Please contact your insurance agent shown above. |
| Reporting A Claim | You have two options for reporting a claim:<br><br>1)  Contact your insurance agent shown above, or<br>2)  Contact Chubb Marine Claims directly at: **877-375-7545** |
| Paying Your Premium | You will receive an invoice in a separate mailing.  When you receive your invoice you have a variety of options for paying your premium:<br><br>1)  Pay your premium securely on line by using an electronic check or a credit card, or set up automatic electronic payments. Visit: www.chubb.com/paymybill to begin<br><br>2)  In a hurry, call 800-682-4822, the automated pay by phone system accepts electronic checks and most major credit cards<br><br>3)  Pay by check using the payment stub and return envelope included with your premium invoice.  If you have misplaced your invoice or return envelope, make your check payable to "Chubb" and include your policy number on your check.  Mail your payment to:<br><br><table><tr><td>(Regular Payment)</td><td>(Overnight Payments Only)</td></tr><tr><td>**Chubb Personal Risk Services**<br>**PO BOX 7247-0180**<br>**Philadelphia, PA 19170-0180**</td><td>**Chubb Personal Risk Services**<br>**Attn: Cash Unit**<br>**202 Halls Mill Rd**<br>**Whitehouse Station, NJ 08889-1600**</td></tr></table> |
| Billing Inquiries | Please contact your insurance agent shown above or call Chubb directly at: **800-682-4822** |
| Additional Information | To learn more about Chubb Recreational Marine Insurance products and services and obtain valuable boating safety and loss prevention information, please visit: **www.chubb.com**. |



### Chubb Producer Compensation Practices & Policies

All of the members of the Chubb Group of Insurance companies doing business in the United States (hereinafter "Chubb") distribute their products through licensed insurance brokers and agents ("producers"). Detailed information regarding the types of compensation paid by Chubb to producers on US insurance transactions is available under the Producer Compensation link located at the bottom of the page at www.chubb.com, or by calling 1-866-588-9478. Additional information may be available from your producer.

Thank you for choosing Chubb.

**CHUBB**

**CHUBB GROUP**
**U.S. PRIVACY NOTICE**

| FACTS | WHAT DOES THE CHUBB GROUP DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| **Why?** | Insurance companies choose how they share your personal information. Federal and state law gives consumers the right to limit some but not all sharing. Federal and state law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br><br>▪ Social Security number and payment history<br>▪ insurance claim history and medical information<br>▪ account transactions and credit scores<br><br>When you are no longer our customer, we continue to share information about you as described in this notice. |
| **How?** | All insurance companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons insurance companies can share their customers' personal information; the reasons the Chubb Group chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does Chubb share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes** – such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes** – to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | Yes | No |
| **For our affiliates' everyday business purposes** – information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes** – information about your creditworthiness | No | We don't share |
| **For our affiliates to market to you** | No | We don't share |
| **For nonaffiliates to market to you** | No | We don't share |
| **Questions?** | Call 1-800-258-2930 or go to https://www2.Chubb.com/us-en/privacy.aspx | |

MA-10391h (10/16)

**Page 2**

| Who is providing this notice? | The Chubb Group.  A list of these companies is located at the end of this document. |
|---|---|

## What we do

| How does Chubb Group protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law.  These measures include computer safeguards and secured files and buildings.<br><br>We restrict access to personal information to our employees, affiliates' employees, or others who need to know that information to service the account or to conduct our normal business operations. |
|---|---|
| How does Chubb Group collect my personal information? | We collect your personal information, for example, when you<br><br>- apply for insurance or pay insurance premiums<br>- file an insurance claim or provide account information<br>- give us your contact information<br><br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| Why can't I limit all sharing? | Federal law gives you the right to limit only<br><br>- sharing for affiliates' everyday business purposes – information about your creditworthiness<br>- affiliates from using your information to market to you<br>- sharing for nonaffiliates to market to you<br><br>State laws and individual companies may give you additional rights to limit sharing.  See below for more on your rights under state law. |

## Definitions

| Affiliates | Companies related by common ownership or control.  They can be financial and nonfinancial companies.<br><br>- Our affiliates include those with a Chubb name and other companies, such as Westchester Fire Insurance Company and Great Northern Insurance Company. |
|---|---|
| Nonaffiliates | Companies not related by common ownership or control.  They can be financial and nonfinancial companies.<br><br>- Chubb does not share with nonaffiliates so they can market to you. |
| Joint Marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br><br>- Our joint marketing partners include categories of companies such as banks. |

Page 3

## Other important information

**For Insurance Customers in AZ, CA, CT, GA, IL, MA, ME, MN, MT, NV, NC, NJ, OH, OR, and VA only:**  Under state law, under certain circumstances, you have the right see the personal information about you that we have on file.  To see your information, write Chubb Group Attention:  Privacy Inquiries, 202 Hall's Mill Road, P.O. Box 1600, Whitehouse Station, NJ  08889-1600.  Chubb may charge a reasonable fee to cover the costs of providing this information.  If you think any of the information is not accurate, you may write us.  We will let you know what actions we take.  If you do not agree with our actions, you may send us a statement.  If you want a full description of privacy rights that we will protect in accordance with the law in your home state, please contact us and we will provide it.  We may disclose information to certain third parties, such as law enforcement officers, without your permission.

**For Nevada residents only:** We may contact our existing customers by telephone to offer additional insurance products that we believe may be of interest to you.  Under state law, you have the right to opt out of these calls by adding your name to our internal do-not-call list.  To opt out of these calls, or for more information about your opt out rights, please contact our customer service department.  You can reach us by calling 1-800-258-2930, emailing us at privacyinquiries@Chubb.com, or writing to Chubb Group, Attention:  Privacy Inquiries, 202 Hall's Mill Road, P.O. Box 1600, Whitehouse Station, NJ 08889-1600.  You are being provided this notice under Nevada state law.  In addition to contacting Chubb, Nevada residents can contact the Nevada Attorney General for more information about your opt out rights by calling 775-684-1100, emailing bcpinfo@ag.state.nv.us, or by writing to: Office of the Attorney General, Nevada Department of Justice, Bureau of Consumer Protection: 100 North Carson Street, Carson City, NV 89701.

**For Vermont residents only:** Under state law, we will not share information about your creditworthiness within our corporate family except with your authorization or consent, but we may share information about our transactions or experiences with you within our corporate family without your consent.

## Chubb Group Companies Providing This Notice

This notice is being provided by the following Chubb Group companies to their customers located in the United States: ACE American Insurance Company, ACE Capital Title Reinsurance Company, ACE Fire Underwriters Insurance Company, ACE Insurance Company of the Midwest, ACE Life Insurance Company, ACE Property and Casualty Insurance Company, Agri General Insurance Company, Atlantic Employers Insurance Company, Bankers Standard Fire and Marine Company, Bankers Standard Insurance Company, Century Indemnity Company, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Chubb Insurance Company of New Jersey, Chubb Lloyds Insurance Company of Texas, Chubb National Insurance Company, Executive Risk Indemnity Inc., Executive Risk Specialty Insurance Company, Federal Insurance Company, Great Northern Insurance Company, Illinois Union Insurance Company, Indemnity Insurance Company of North America, Insurance Company of North America, Pacific Employers Insurance Company, Pacific Indemnity Company, Penn Millers Insurance Company, Vigilant Insurance Company, Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company.

# *Masterpiece Policy*



**CHUBB**

**Policy Number:**  Y09879407

NEW
Agency Code, Name & Address
Z02074
NOVAMAR INSURANCE GROUP INC
1549 RINGLING BLVD
SUITE 101
SARASOTA, FL 34236

This is your **Masterpiece** Policy's Declarations Page. Please read carefully. It gives you important facts about your coverage.

**The Company Providing This Insurance:**

ACE AMERICAN INSURANCE COMPANY
436 Walnut Street, P.O. Box 1000
Phila, PA 19106-3703

**The Named Insured Under This Policy:**
(NAME)

Where's Eileen, LLC

**Address:**

534 Bontona Ave
Fort Lauderdale, FL 33301

**The Vessel Covered by This Policy:**
(NAME)

Refer to Scheduled Vessel Endorsement (MA-2W801) for Individual Vessel Information

(YEAR BUILT)   (LENGTH)          (MAKE)                        (MODEL)                    (DOC. OR HULL. IDENT. NO)

This policy will take effect on   6/10/2019   and end on   6/10/2020

It will begin and end at 12:01 A.M. standard time, at the place where this policy was issued.
In return for the "Total Premium," listed below, we agree to provide the insurance coverages for which a premium is shown in the chart below.

**COVERAGE PROVIDED ----**

| COVERAGES | | AMOUNT OF INSURANCE | | DEDUCTIBLE AMOUNT | | PREMIUM |
|---|---|---|---|---|---|---|
| Property Damage | $ | See MA-2W801 | $ | | $ | 66,700 |
| Windstorm Deductible | | | $ | See MA-2W801 | $ | |
| Emergency Towing and Service | $ | See MA-2W801 | $ | | $ | 0 |
| Liability Coverage | $ | See MA-2W801 | $ | | $ | 10,005 |
| Medical Payments | $ | See MA-2W801 | $ | | $ | 0 |
| Uninsured Boater | $ | See MA-2W801 | $ | | $ | 0 |
| Trailer | $ | See MA-2W801 | $ | | $ | 0 |
| Personal Property | $ | See MA-2W801 | $ | | $ | 0 |
| Premium Bearing Endt(s) | | | | | $ | 5,145 |
| | | | | **TOTAL PREMIUM** | $ | 81,850 |

**LIMITS ON USE:**     See Navigation Warranty    See MA-2W801

**SUMMER MOORING LOCATION:** See MA-2W801

**APPLICABLE FORMS AND ENDORSEMENTS: SEE FORMS SCHEDULE ON PAGE 2**

**LOSS PAYEE:**     We will make payments for Property Damage losses to the Insured and
See MA-2W801

Executed this date   7/15/2019   Agent

7/15/2019
INSURED COPY

MA-46552b (03/19)

## FORMS SCHEDULE

### POLICY FORMS AND ENDORSEMENTS (Applicable to all vessels)

| Form Number | Form Edition Date | Form Name |
|---|---|---|
| *MA-35598b | 11/2017 | Policyholder Notice - Direct Bill |
| *ALL-20887b | 11/2017 | Chubb Producer Compensation Practices & Policies |
| *MA-10391h | 10/2016 | Chubb Group U.S. Privacy Notice |
| *MA-37296 | 06/2012 | Insurance Identification Card |

*Denotes form is included with Insured copy

### VESSEL FORMS AND ENDORSEMENTS  (Refer to Scheduled Vessel End. MA-2W80l for forms applicable to each specific vessel)

| Form Number | Form Edition Date | Form Name |
|---|---|---|
| *RM100000 | 11/2017 | Introductions and Definitions |
| *RM140000 | 11/2017 | Yacht Select Property Damage Coverage |
| *RM150000 | 11/2017 | Yacht Preference Property Damage Coverage |
| *RM190000 | 11/2017 | Yacht Select Liability Coverage |
| *RM200000 | 11/2017 | Yacht Preference Liability Coverage |
| *RM210000 | 11/2017 | Medical Payments Coverage |
| *RM220000 | 11/2017 | Uninsured Boaters Protection |
| *RM230000 | 11/2017 | General Policy Exclusions |
| *RM240000 | 11/2017 | Policy Terms |
| *MA-2W80l | 03/2019 | Scheduled Vessel Endorsement |
| *MA-7W74a | 05/1997 | Manuscript Navigation Warranty |
| *MA-16119d | 11/2017 | Florida Amendatory Endorsement |
| *RM-5000 | 11/2017 | Special Windstorm Deductible Endorsement |
| *RM-5007 | 11/2017 | Captain on File and Special No-Captain Deductible |
| *RM-5008 | 11/2017 | Crew Members Endorsement |
| *CC-1E15a | 11/2017 | TOWING ENDORSEMENT(RMM-5028) |
| *MA-9S87b | 11/2017 | Hull War Risk and Strike Clause Endorsement |
| *MA-9S88a | 11/2017 | War Risk Liability Endorsement |
| *MA-9S91g | 11/2017 | War Risk Trading Warranties |

*Denotes form is included with Insured copy

**7/15/2019**
**INSURED COPY**

Insurance Identification Card(s) attached for your convenience.

---

**INSURANCE IDENTIFICATION CARD**

INSURER:   **ACE AMERICAN INSURANCE COMPANY**
POLICY NUMBER:   **Y09879407**      NAIC CODE:   **22667**
EFFECTIVE DATE: **6/10/2019**      EXPIRATION DATE:   **6/10/2020**

WATERCRAFT:  **2019, 112' OCEAN ALEXANDER**
MODEL:   **112 MY**
HIN/DOC:  **OAX11204B819**

NAME AND ADDRESS OF INSURED:
**Where's Eileen, LLC**
**534 Bontona Ave**
**Fort Lauderdale, FL 33301**

*For Policy Service or Questions contact your agent:*
**NOVAMAR INSURANCE GROUP INC**
**800-823-2798**

*Claims: Contact your agent or Chubb Marine Claims*   **877-375-7545**
Chubb Recreational Marine Insurance      www.chubb.com

---

**INSURANCE IDENTIFICATION CARD**

INSURER:   **ACE AMERICAN INSURANCE COMPANY**
POLICY NUMBER:   **Y09879407**      NAIC CODE:   **22667**
EFFECTIVE DATE: **6/10/2019**      EXPIRATION DATE:   **6/10/2020**

WATERCRAFT:  **2019, 36' BLACKWATER**
MODEL:   **36**
HIN/DOC:  **BLK00043C819**

NAME AND ADDRESS OF INSURED:
**Where's Eileen, LLC**
**534 Bontona Ave**
**Fort Lauderdale, FL 33301**

*For Policy Service or Questions contact your agent:*
**NOVAMAR INSURANCE GROUP INC**
**800-823-2798**

*Claims: Contact your agent or Chubb Marine Claims*   **877-375-7545**
Chubb Recreational Marine Insurance      www.chubb.com

---

**INSURANCE IDENTIFICATION CARD**

INSURER:   **VOID**
POLICY NUMBER:   **VOID**      NAIC CODE:   **VOID**
EFFECTIVE DATE: **VOID**      EXPIRATION DATE:   **VOID**

WATERCRAFT:  **VOID**
MODEL:   **VOID**
HIN/DOC:  **VOID**

NAME AND ADDRESS OF INSURED:
**VOID**

*For Policy Service or Questions contact your agent:*
**VOID**
**VOID**

*Claims: Contact your agent or Chubb Marine Claims*   **VOID**
Chubb Recreational Marine Insurance      www.chubb.com

---

**INSURANCE IDENTIFICATION CARD**

INSURER:   **VOID**
POLICY NUMBER:   **VOID**      NAIC CODE:   **VOID**
EFFECTIVE DATE: **VOID**      EXPIRATION DATE:   **VOID**

WATERCRAFT:  **VOID**
MODEL:   **VOID**
HIN/DOC:  **VOID**

NAME AND ADDRESS OF INSURED:
**VOID**

*For Policy Service or Questions contact your agent:*
**VOID**
**VOID**

*Claims: Contact your agent or Chubb Marine Claims*   **VOID**
Chubb Recreational Marine Insurance      www.chubb.com

---

MA-37296 (06/12)



**Introduction and Definitions**

This is your Chubb Masterpiece Policy. Together with the Declarations and any Endorsements, it explains your coverages and other conditions of your insurance in detail.

This policy is a contract between you and us. **READ YOUR POLICY CAREFULLY** and keep it in a safe place.

## Agreement

We agree to provide the insurance described in this marine insurance policy in return for your premium, compliance with the policy conditions, and adherence to representations described in all correspondence, documentation, or information provided to us by you or your agent or broker.

## Definitions

In this policy, we use words in their plain English meaning. Words with special meanings are defined in the part of the policy where they are used. Defined terms used throughout the policy are defined here:

**Bodily injury** means physical bodily harm, including sickness or disease that results from it, and required care, loss of services, and resulting death.

**Constructive total loss** means the salvage value (determined by us) plus the cost necessary to repair the insured vessel (with labor and parts of like kind and quality without deduction for depreciation) is equal to or greater than the property damage amount of insurance shown on the Declarations Page.

**Covered person** means:
- you or a family member; or
- any person including a captain or a full time paid crew member using your insured vessel with permission from you or a family member. This does not include any person using or operating your insured vessel who is employed by a marina, boat repair yard, shipyard, yacht club, sales agency, boat service station or other similar organization.

**Crew member** means any person employed by you or on your behalf to work aboard the insured vessel and who is acting in service to the insured vessel at the time of a covered loss or occurrence either as a paid captain or paid crew member. Crew member does not include an individual employed/hired by you solely for the purpose of doing maintenance service repair, inspections, or other work on board the insured vessel while it is only at anchor, moored, tied up at a dock, in a repair facility or during sea trials.

**Damages** means the sum that is paid or is payable to satisfy a claim settled by us or resolved by judicial procedure or by a compromise we agree to in writing.

**Dinghy/tender** means a small craft which is a part of the insured vessel's equipment, is used for the operation of the insured vessel, is typically carried on board the insured vessel, and is used only to service the insured vessel. The dinghy/tender is included as part of the value of the insured vessel. However, dinghy/tender does not mean personal watercraft.

*Introduction and*
*Definitions*

## Definitions
(continued)

**Essential document** means any passport, birth certificate, paper, license, permit, title of ownership, guarantee or assurance, statement, certification, proof, or form that a governing jurisdiction requires from a covered person or your guest as a prerequisite to continue the voyage or visit ashore.

**Family member** means your relative who lives with you, or any other person under 25 in your care or your relative's care who lives with you, or a student under 25 in your care temporarily away at school who is a resident of your household.

**Fine arts** means private collections of paintings, etchings, pictures, tapestries, art glass windows, other bona fide works of art (for example, statues, antiques, rare books and manuscripts, porcelains, rare glass, crystal), and items of historical value or artistic merit.

**Fishing tackle** means fishing equipment normally carried on board your insured vessel including rods, reels, lures, spears and tackle boxes.

**Insured vessel** means any vessel you own, for which an amount of physical damage or liability coverage is shown on the Declarations Page, its hull, sails, machinery, contents, fixtures, furniture, dinghy/tenders, and equipment used for its operation and routine maintenance which would normally be included with the vessel when sold.

**Mold** means fungi, mold, mold spores, mycotoxins, and the scents and other byproducts of any of these.

**Navigation and communication equipment** means systems used exclusively on board the insured vessel that enable the insured vessel to determine its position, speed and/or direction to navigate safely, or communicate with other vessels or persons, but excluding electronic engine control systems.

**Occurrence** means a sudden and unexpected loss or accident to which this insurance applies occurring within the policy period. Continuous or repeated exposure to substantially the same general conditions unless excluded is considered to be one occurrence.

**Personal property** means any items normally worn or carried by a covered person, guest or your crew, while on board your insured vessel, including sports equipment, clothing, drones used exclusively for your own personal use, computer hardware kept and used exclusively on board your insured vessel for your own personal use, and other personal property, not otherwise excluded. It does not include valuable papers, including essential documents, legal tender, bank notes, stored value cards, bullion, gold, silver, platinum, tokens, checks, credit, debit or bank cards, passports, jewelry, watches, furs, fine arts, firearms, contents or fixtures.

**Personal watercraft** means a vessel powered by internal water jet propulsion designed to be operated by a person sitting, standing, or kneeling on it rather than within the confines of a hull.

**Policy** means your Masterpiece Policy, including the Declarations Page, endorsements and application. The Declarations Page includes the Scheduled Vessel Endorsement when attached to this policy.

**Pollution** means property damage, cleanup costs or containment expenses imposed by any federal, state, or local statute or regulation or reasonably incurred by you arising out of the sudden and accidental discharge, spillage, leakage or emission of waste, oil, fuel, petroleum or chemical products.

*Introduction and
Definitions*



## *Definitions*
(continued)

**Property damage** means physical injury to or destruction of tangible property. Tangible property does not include legal tender, bank notes, stored value cards, tokens, checks, credit, debit or bank cards, bank deposits, stocks, bonds, deeds, mortgages, or other instruments of a similar nature.

**Spouse** means a partner in marriage or a partner in a civil union recognized under state law.

**Total loss** means the insured vessel shown on the Declarations Page is completely destroyed, lost or is a constructive total loss. An insured vessel is considered lost when it is not found within 30 days.

**Tropical depression, tropical storm and hurricane** mean weather systems so designated by the National Weather Service and/or the National Hurricane Center.

**We, our** and **us** means the insurance company named on the Declarations Page.

**You** means:
- an entity shown on the Declarations Page, its members and their spouses who live with them; or
- a person named on the Declarations Page, and a spouse who lives with that person.



**Yacht Select℠ Property
Damage Coverage**

This part of your Masterpiece Policy provides you with coverage against all risk of physical loss to your insured vessel, unless stated otherwise or an exclusion applies.

This coverage applies to a loss occurring on land or within the Navigational Limits shown in the Navigation Warranty attached to this policy.

## Payment for a Loss

### Amount of coverage
The amount of coverage for property damage for your insured vessel is shown on the Declarations Page.

### Deductible
A deductible is that amount we will subtract from the amount of a covered loss we pay. Either the property damage deductible shown on the Declarations Page or a special deductible applies to the covered loss, unless stated otherwise. We will waive the property damage deductible shown on the Declarations Page only if:
- a total loss occurs; or
- a partial loss occurs which is caused in whole or in part by another vessel liable for the damage.
  If a special deductible applies to a covered loss, it will not be waived.

If a covered loss involves a vessel covered under this part of this policy and a structure or a structure and contents, covered under any other policy issued by a direct or indirect subsidiary of Chubb Limited, and deductibles would apply to these vessels and homeowners losses in the same covered loss, we will only apply the greatest deductible once to the loss if it is to your benefit. This provision does not apply to covered losses subject to any Home and Contents special deductibles or any other special deductibles under this policy.

A deductible does not apply for a covered loss only to the dinghy/tender to your insured vessel.

For each loss only to the electronic navigational equipment for your insured vessel, a $250 deductible applies. Electronic navigational equipment does not include electronic engine management systems equipment.

### Payment basis
For a covered loss to your insured vessel, we will pay as follows:

**Total loss.** If your insured vessel is totally destroyed, lost or is a constructive total loss, and is:
- three years of age or less and has an amount of property damage coverage shown on the Declarations Page of less than $1,000,000 we will pay the replacement cost up to 120% of the property damage amount shown on the Declarations Page.
- greater than three years of age or has an amount of property damage coverage shown on the Declarations Page of $1,000,000 or greater, we will pay the amount of property damage coverage shown on the Declarations Page.

We will reduce our payment by any amount paid for a previous loss to that insured vessel if the damage was not repaired. If you choose not to replace your insured vessel, we will only pay up to the amount of property damage coverage shown on the Declarations Page for your insured vessel.

*11/17*
© Chubb.2016.  All rights reserved  Form no. RM140000   Yacht Select Property Damage Coverage   *Page E-1*

# *Yacht Select*ˢᴹ *Property Damage Coverage*

## *Payment for a Loss*
(continued)

If a replacement for the insured vessel cannot be found within 60 days, we will pay the amount of property damage coverage shown on the Declarations Page for your insured vessel.

"Replacement cost" means the amount required at the time of loss to replace your insured vessel with a vessel of like design, and materials and workmanship of comparable kind and quality which existed at the time of loss.

When we pay for a total or constructive total loss, we reserve the right to keep the remains of your insured vessel or its proceeds.

**Partial loss.** If your insured vessel is partially damaged, we will pay the reasonable cost to repair or replace, whichever is less, the damaged parts of your insured vessel, without deduction for depreciation, up to the amount of property damage coverage for that insured vessel shown on the Declarations Page with labor and parts of like kind and quality. We will use original equipment manufacturer parts for repairs arising out of a covered loss to your insured vessel, unless the parts are no longer manufactured or available. However, we will not pay more than the actual cash value, which is defined herein as replacement cost less depreciation, at the time of a loss for the following:
- sails, dodgers, protective coverings inclusive of all-weather bridge and cockpit enclosures, carpeting, upholstery, cushions and fabrics which are over three years of age; or
- outboard motors or outdrive units which are over seven years of age.
The depreciation will not be greater than 80% of the replacement cost of that item.

## *Yacht Select Property Damage Coverage*

In Yacht Select Property Damage Coverage, a "covered loss" includes all risk of physical loss to your insured vessel or other property covered under this part of your Masterpiece Policy, unless stated otherwise or an exclusion applies.

## *Extra Property Damage Coverages*

In addition to covering the physical loss to your insured vessel, we also provide other related coverages. These coverages are in addition to the amount of property damage coverage for your insured vessel unless stated otherwise or an exclusion applies. All deductibles apply to Extra Property Damage Coverages unless stated otherwise.

### Personal property
We cover personal property, except fishing tackle, of a covered person and that of your guests and your crew while it is on board your insured vessel. But we do not cover any loss caused by changes in temperature or humidity or if such personal property is lost or misplaced.

*Yacht Select℠ Property*
*Damage Coverage*



---

## *Extra Property Damage Coverages*
(continued)

We will pay the lesser of the reasonable cost to repair or replace covered personal property with like kind and quality, without deduction for depreciation, up to the amount of coverage for personal property shown on the Declarations Page for each covered loss. There is no deductible for this coverage.

### Fishing tackle
We cover fishing tackle of a covered person and that of your guests and your crew while they are on board your insured vessel. But we do not cover any loss caused by changes in temperature or humidity or if such fishing tackle is lost or misplaced. We will pay up to $25,000 for fishing tackle, not to exceed $1,000 for any single rod or single reel, for the reasonable cost to repair or replace fishing tackle with like kind and quality. A $500 deductible applies.

### Precautionary measures
We will pay up to $2,500 for the reasonable direct costs you incur to haul, fuel, or dock your insured vessel, including the direct costs for the acquisition of lines, anchors and additional equipment to secure the insured vessel, because your insured vessel is endangered by a covered peril. However, in the event of a tropical depression, tropical storm or hurricane, the National Weather Service must issue a watch or warning for the area where your insured vessel is located. There is no deductible for this coverage.

### Loss expense
After a covered loss, we will pay for all reasonable salvage expense charges you are obligated to pay and the necessary temporary precautionary repairs made solely to protect your insured vessel from further loss or damage by a covered peril, up to 100% of the amount of property damage coverage shown on the Declarations Page for your insured vessel. There is no deductible for this coverage.

### Additional living expenses
We will pay up to $2,500 for any reasonable additional living expenses you may incur in minimizing a covered loss and preventing further loss or damage by a covered peril. There is no deductible for this coverage.

### Trailers
We cover your trailer used with your insured vessel. For a covered loss to this trailer, we will pay the lesser of the reasonable cost to repair or replace the covered trailer with like kind and quality, without deduction for depreciation, up to the amount of coverage shown on the Declarations Page for trailers. The trailer deductible shown on the Declarations Page applies.

### Emergency towing and service
We will pay up to the amount of property damage coverage shown on the Declarations Page for your insured vessel for all reasonable costs incurred by you for the following emergency towing and service to your insured vessel and its trailer:
- towing to the nearest marina, service station or other location where repairs can be made;
- delivery of necessary fuel or repair parts excluding the cost of the delivered items; and
- the cost of labor done at the site of breakdown.

This coverage applies only if your insured vessel or trailer is disabled for any reason other than a covered loss. There is no deductible for this coverage.

*Yacht Select℠ Property*
*Damage Coverage*

## *Extra Property Damage Coverages*
(continued)

### Newly acquired watercraft
We cover any watercraft you acquire during the policy period up to its verifiable purchase price or actual cash value, whichever is less, for up to 30 days after you acquire it. But you must request coverage for the newly acquired watercraft within the 30 days after you acquire it, we must agree to insure it, and you must pay the premium from the date acquired. Our payment is subject to a $500 deductible.

### Temporary substitute watercraft
If your insured vessel is out of commission due to a covered partial loss and has not been repaired within 72 hours from the date of loss, we will pay up to $10,000 to charter a temporary substitute watercraft. The temporary substitute watercraft must be of similar type and of equal or lesser value and length. But we do not cover temporary substitute watercraft if:
- the covered loss resulted in a total loss of your insured vessel; or
- the temporary substitute watercraft is being used for any purpose other than replacing your insured vessel while it is out of commission.

### Bottom inspection
We will pay the reasonable cost to inspect the bottom of your insured vessel after grounding, stranding or striking a submerged object. There is no deductible for this coverage.

### Tournament fees
We will pay up to $5,000 or the amount of your prepaid tournament entry fee, whichever is less, if your insured vessel was registered to participate in a fishing tournament and cannot because of a covered loss. The maximum amount we will pay for each covered loss is $5,000 or the amount of your prepaid tournament entry fee, whichever is less, regardless of the number of tournaments for which you are registered. There is no deductible for this coverage.

### Essential documents
We will pay the reasonable administrative expenses that a covered person, crew member, or your guest incurs to replace an essential document or obtain certified copies of an essential document up to $2,500 for each covered loss in order to continue the voyage or visit ashore, unless another exclusion applies. There is no deductible for this coverage.

### Fine arts
For a covered loss to your fine arts while on board your insured vessel, we will pay up to the amount required to repair or replace your fine arts, whichever is less, up to $2,500. We will not deduct for depreciation. There is no deductible for this coverage.

### Boat show and demonstration
We cover physical damage to your insured vessel while it is being used for exhibition at a boat show or when it is being navigated by a covered person for demonstration purposes.

### Pet injury
If one or more of your domestic pets, which is not primarily owned or kept for business use, is injured or dies as a result of a covered loss to your insured vessel, we will pay for the necessary, reasonable expenses you incur to treat, euthanize, cremate, bury, and replace these pets, up to $2,000 regardless of the number of pets involved in the covered loss. There is no deductible for this coverage.

*Yacht Select℠ Property
Damage Coverage*

⊏ H ⊔ B B`

---

## Exclusions

In addition to the exclusions under General Policy Exclusions, the following exclusions apply to your Yacht Select Property Damage Coverage, including the Extra Property Damage Coverages, unless stated otherwise.

The words "caused by" mean any loss that is contributed to, made worse by, or in any way results from that peril.

**Gradual or sudden loss.** We do not cover any loss caused by wear and tear, gradual deterioration, galvanic corrosion, lack of maintenance, fiberglass osmosis, blistering or marine life. However, we do insure ensuing covered loss due to fire, explosion, sinking, demasting, collision or stranding unless another exclusion applies. We also provide coverage for damage to engines, generators or pumps due to the attachment of zebra mussels provided the insured vessel is hauled and cleaned annually.

**Misappropriation.** We do not cover any loss caused by the taking or other misappropriation of property by or directed by a person or entity named on the Declarations Page, that person's spouse, a family member, or a person who lives with you. This exclusion does not apply to the taking or other misappropriation of property by your captain, crew, or guests, unless the misappropriation was directed by a person or entity named on the Declarations Page, that person's spouse, a family member, or a person who lives with you.

**Ocean cargo transit.** We do not cover any loss to your insured vessel that results while your insured vessel is being loaded, unloaded or transported aboard an ocean cargo vessel, unless we agree in advance in writing to cover such transport.

**Neglect.** We do not cover any loss caused by your failure to use all reasonable means to protect property before, at, or after the time of a loss.

**Confiscation.** We do not cover any loss caused by the confiscation, destruction or seizure of property by any government or public authority.

**Provisions.** We do not cover any loss to the provisions of your insured vessel.

**Diminution in value.** We do not provide coverage for diminution in value. "Diminution in value" means the actual or perceived loss in market or resale value which results from a covered loss.



**Yacht Preference®
Property Damage Coverage**

This part of your Masterpiece Policy provides you with coverage against all risk of physical loss to your insured vessel, unless stated otherwise or an exclusion applies.

This coverage applies to a loss occurring on land or within the Navigational Limits shown in the Navigation Warranty attached to this policy.

## Payment for a Loss

### Amount of coverage
The amount of coverage for property damage for your insured vessel is shown on the Declarations Page.

### Deductible
A deductible is that amount we will subtract from the amount of a covered loss we pay. Either the property damage deductible shown on the Declarations Page or a special deductible applies to the covered loss, unless stated otherwise. We will waive the property damage deductible shown on the Declarations Page only if:
- a total loss occurs; or
- a partial loss occurs which is caused in whole or in part by another vessel liable for the damage.
  If a special deductible applies to a covered loss, it will not be waived.

If a covered loss involves a vessel covered under this part of this policy and a structure or a structure and contents, covered under any other policy issued by a direct or indirect subsidiary of Chubb Limited, and deductibles would apply to these vessels and homeowners losses in the same covered loss, we will only apply the greatest deductible once to the loss if it is to your benefit. This provision does not apply to covered losses subject to any Home and Contents special deductibles or any other special deductibles under this policy.

A deductible does not apply for a covered loss only to the dinghy/tender to your insured vessel.

For each loss only to the electronic navigational equipment for your insured vessel, no deductible applies. Electronic navigational equipment does not include electronic engine management systems equipment.

### Payment basis
For a covered loss to your insured vessel, we will pay as follows:

**Total loss.** If your insured vessel is totally destroyed, lost or is a constructive total loss, we will pay the amount of property damage coverage shown on the Declarations Page. But we will reduce our payment by any amount paid for a previous loss to that insured vessel if the damage was not repaired.

When we pay for a total or constructive total loss, we reserve the right to keep the remains of your insured vessel or its proceeds.

### Yacht Preference®
### Property Damage Coverage

---

## Payment for a Loss
(continued)

**Partial loss.** If your insured vessel is partially damaged, we will pay the reasonable cost to repair or replace, whichever is less, the damaged parts of your insured vessel, without deduction for depreciation, up to the amount of property damage coverage for that insured vessel shown on the Declarations Page with labor and parts of like kind and quality. We will use original equipment manufacturer parts for repairs arising out of a covered loss to your insured vessel, unless the parts are no longer manufactured or available. However, we will not pay more than the actual cash value, which is defined herein as replacement cost less depreciation, at the time of a loss for the following:

- sails, dodgers, protective coverings inclusive of all-weather bridge and cockpit enclosures, carpeting, upholstery, cushions and fabrics which are over three years of age; or
- outboard motors or outdrive units which are over seven years of age.
  The depreciation will not be greater than 80% of the replacement cost of that item.

---

## Yacht Preference Property Damage Coverage

In Yacht Preference Property Damage Coverage, a "covered loss" includes all risk of physical loss to your insured vessel or other property covered under this part of your Masterpiece Policy, unless stated otherwise or an exclusion applies.

---

## Extra Property Damage Coverages

In addition to covering the physical loss to your insured vessel, we also provide other related coverages. These coverages are in addition to the amount of property damage coverage for your insured vessel unless stated otherwise or an exclusion applies. All deductibles apply to Extra Property Damage Coverages unless stated otherwise.

### Personal property
We cover personal property of a covered person and that of your guests and your crew while it is on board your insured vessel. But we do not cover any loss caused by changes in temperature or humidity or if such personal property is lost or misplaced. Personal property does not include fishing tackle.

We will pay the lesser of the reasonable cost to repair or replace covered personal property with like kind and quality, without deduction for depreciation, up to the amount of coverage for personal property shown on the Declarations Page for each covered loss. There is no deductible for this coverage.

### Firearms
We will pay up to $5,000 for the theft of firearms from on board the insured vessel which are owned by a covered person. This coverage does not apply if the firearms were illegally obtained by a covered person or were used in an illegal activity. There is no deductible for this coverage.

© Chubb. 2016.  All rights reserved   Form no. RM150000

*Yacht Preference®*
*Property Damage Coverage*



---

## *Extra Property Damage Coverages*
(continued)

### Fishing tackle
We cover fishing tackle of a covered person and that of your guests and your crew while they are on board your insured vessel. But we do not cover any loss if such fishing tackle is lost or misplaced. We will pay up to $75,000 for fishing tackle, not to exceed $5,000 for any single rod or single reel, for the reasonable cost to repair or replace fishing tackle with like kind and quality. A $500 deductible applies.

### Charter
If the Yacht Preference Property Damage Charter Coverage endorsement is attached to your policy, we cover physical loss to your insured vessel while your insured vessel is being chartered under a written charter party agreement, for private pleasure use only, so long as your insured vessel is in the care and control of the captain on file with us at all times. These payments do not increase the amount of property damage coverage for your insured vessel. This coverage does not apply if the charter agreement is written in your name or in the name of an entity in which you are a member, officer, director, trustee or partner.

### Loss of charter hire
If your insured vessel is out of commission because of a covered loss, we will pay up to $100,000 if your insured vessel had any executed written charter party agreements that could not take place. For each covered loss to your insured vessel, we cover the amount of charter hire in these agreements, up to $100,000 for the amount of time that your insured vessel would have been chartered under the charter party agreements, for up to 60 days from the date of loss. This period of time is not limited by the expiration of this policy. This coverage only applies if the Yacht Preference Property Damage Charter Coverage endorsement is attached to your policy. This coverage does not apply if the charter agreement is written in your name or in the name of an entity in which you are a member, officer, director, trustee or partner. There is no deductible for this coverage.

If we make payment for Loss of charter hire there shall be no payment by us arising out of the same occurrence for Rental reimbursement coverage.

### Mopeds, motorbikes and motorcycles
We will pay up to the actual cash value for physical loss to any moped, motorbike or motorcycle owned by you, while stored on board your insured vessel. There is no deductible for this coverage. Accordingly, the Motorized land vehicles exclusion under General Policy Exclusions does not apply to this coverage.

### Personal watercraft
We cover the personal watercraft carried on board your insured vessel, used in conjunction with your insured vessel and when used within the same navigational limits as your insured vessel. These payments do not increase the amount of coverage for your insured vessel. There is no deductible for this coverage.

### Precautionary measures
We will pay up to $5,000 for the reasonable direct costs you incur to haul, fuel, or dock your insured vessel, including the direct costs for the acquisition of lines, anchors and additional equipment to secure the insured vessel, because your insured vessel is endangered by a covered peril. However, in the event of a tropical depression, tropical storm or hurricane, the National Weather Service must issue a watch or warning for the area where your insured vessel is located. There is no deductible for this coverage.

---

© Chubb.2016.  All rights reserved  Form no. RM150000

*Yacht Preference®*
*Property Damage Coverage*

## *Extra Property Damage Coverages*
(continued)

### Loss expense
After a covered loss, we will pay for all reasonable salvage expense charges you are obligated to pay and the necessary temporary precautionary repairs made solely to protect your insured vessel from further loss or damage by a covered peril, up to 100% of the amount of property damage coverage shown on the Declarations Page for your insured vessel. There is no deductible for this coverage.

### Additional living expenses
We will pay up to $5,000 for any reasonable additional living expenses you may incur in minimizing a covered loss and preventing further loss or damage by a covered peril. There is no deductible for this coverage.

### Trailers
We cover your trailer used with your insured vessel or personal watercraft. For a covered loss to this trailer, we will pay the lesser of the reasonable cost to repair or replace the covered trailer with like kind and quality, without deduction for depreciation, up to the amount of coverage shown on the Declarations Page for trailers.

### Emergency towing and service
We will pay up to the amount of property damage coverage shown on the Declarations Page for your insured vessel for all reasonable costs incurred by you for the following emergency towing and service to your insured vessel and its trailer:
- towing to the nearest marina, service station or other location where repairs can be made;
- delivery of necessary fuel or repair parts excluding the cost of the delivered items; and
- the cost of labor done at the site of breakdown.

This coverage applies only if your insured vessel or trailer is disabled for any reason other than a covered loss. There is no deductible for this coverage.

### Newly acquired watercraft
We cover any watercraft you acquire during the policy period up to its verifiable purchase price for up to 30 days after you acquire it. But you must request coverage for the newly acquired watercraft within the 30 days after you acquire it, we must agree to insure it, and you must pay the premium from the date acquired. Our payment is subject to a deductible of 1% of the acquired watercraft's hull value or $500, whichever is greater.

### Temporary substitute watercraft
If your insured vessel is out of commission due to a covered partial loss and has not been repaired within 48 hours from the date of loss, we will pay up to $150,000 to charter a temporary substitute watercraft. The temporary substitute watercraft must be of similar type and of equal or lesser value and length. But we do not cover temporary substitute watercraft if:
- the covered loss resulted in a total loss of your insured vessel; or
- the temporary substitute watercraft is being used for any purpose other than replacing your insured vessel while it is out of commission.

### Bottom inspection
We will pay the reasonable cost to inspect the bottom of your insured vessel after grounding, stranding or striking a submerged object. There is no deductible for this coverage.

© Chubb.2016.  All rights reserved  Form no. RM150000

*Yacht Preference®*
*Property Damage Coverage*



---

## Extra Property Damage Coverages
(continued)

### Tournament fees
We will pay up to $25,000 or the amount of your prepaid tournament entry fee, whichever is less, if your insured vessel was registered to participate in a fishing tournament and cannot because of a covered loss. The maximum amount we will pay for each covered loss is $25,000 or the amount of your prepaid tournament entry fee, whichever is less, regardless of the number of tournaments for which you are registered. There is no deductible for this coverage.

### Essential documents
We will pay the reasonable administrative expenses that a covered person, crew member, or your guest incurs to replace an essential document or obtain certified copies of an essential document up to $5,000 for each covered loss in order to continue the voyage or visit ashore, unless another exclusion applies. There is no deductible for this coverage.

### Fine arts
For a covered loss to your fine arts while on board your insured vessel, we will pay up to the amount required to repair or replace your fine arts, whichever is less, up to $25,000. But we will not pay more than $5,000 for loss to any one fine art. We will not deduct for depreciation. There is no deductible for this coverage.

### Legal tender
We will pay up to $10,000 for legal tender that is stolen from a locked safe(s) while onboard your insured vessel. However, we do not cover any loss caused by the taking or misappropriation of legal tender by you or your captain, crew or guests or if the legal tender was lost, misplaced or was stolen from a locked safe(s) with no signs of forcible or violent entry. There is no deductible for this coverage.

### Boat show and demonstration
We cover physical damage to your insured vessel while it is being used for exhibition at a boat show or when it is being navigated by a covered person for demonstration purposes.

### Pet injury
If one or more of your domestic pets, which is not primarily owned or kept for business use, is injured or dies as a result of a covered loss to your insured vessel, we will pay for the necessary, reasonable expenses you incur to treat, euthanize, cremate, bury, and replace these pets, up to $2,000 regardless of the number of pets involved in the covered loss. There is no deductible for this coverage.

---

## Exclusions

In addition to the exclusions under General Policy Exclusions, the following exclusions apply to your Yacht Preference Property Damage Coverage, including the Extra Property Damage Coverages, unless stated otherwise.

The words "caused by" mean any loss that is contributed to, made worse by, or in any way results from that peril.

© Chubb.2016.  All rights reserved   Form no. RM150000

*Yacht Preference®*
*Property Damage Coverage*

## Exclusions

(continued)

**Gradual or sudden loss.** We do not cover any loss caused by wear and tear, gradual deterioration, galvanic corrosion, lack of maintenance, fiberglass osmosis, blistering or marine life. However, we do insure ensuing covered loss due to fire, explosion, sinking, demasting, collision or stranding unless another exclusion applies. We also provide coverage for damage to engines, generators or pumps due to the attachment of zebra mussels provided the insured vessel is hauled and cleaned annually.

**Misappropriation.** We do not cover any loss caused by the taking or other misappropriation of property by or directed by a person or entity named on the Declarations Page, that person's spouse, a family member, or a person who lives with you. This exclusion does not apply to the taking or other misappropriation of property by your captain, crew, or guests, unless the misappropriation was directed by a person or entity named on the Declarations Page, that person's spouse, a family member, or a person who lives with you.

**Ocean cargo transit.** We do not cover any loss to your insured vessel that results while your insured vessel is being loaded, unloaded or transported aboard an ocean cargo vessel, unless we agree in advance in writing to cover such transport.

**Neglect.** We do not cover any loss caused by your failure to use all reasonable means to protect property before, at, or after the time of a loss.

**Confiscation.** We do not cover any loss caused by the confiscation, destruction or seizure of property by any government or public authority.

**Provisions.** We do not cover any loss to the provisions of your insured vessel.

**Diminution in value.** We do not provide coverage for diminution in value. "Diminution in value" means the actual or perceived loss in market or resale value which results from a covered loss.



**Yacht Select℠**
**Liability Coverage**

This part of your Masterpiece Policy provides you with Yacht Select Liability Coverage, unless stated otherwise or an exclusion applies.

## Payment for a Loss

### Amount of coverage
The amount of coverage for liability is shown on the Declarations Page. This is the maximum amount of coverage for liability available for any one occurrence regardless of the number of insured vessels covered under this policy. We will not pay more than that amount for covered damages from any one occurrence, regardless of how many claims, policies, watercraft, vessels, yachts, or people are involved in the occurrence.

Any sums we pay for Maritime benefits, or costs we pay for legal expenses (see Defense Coverages), are in addition to the amount of coverage.

### Deductible
A deductible is that amount we will subtract from the amount of covered damages we pay. If shown on the Declarations Page, a liability deductible could apply to each occurrence unless stated otherwise.

## Yacht Select Liability Coverage

We cover damages a covered person is legally obligated to pay for bodily injury or property damage arising out of the ownership, maintenance, use, loading or unloading of your insured vessel, which take place anytime during the policy period and is caused by an occurrence unless stated otherwise or an exclusion applies. This coverage includes damages you are legally obligated to pay as a result of liability under the Jones Act, General Maritime Law, the Longshore and Harbor Workers' Compensation Act and the Maritime Labour Convention, 2006 or any subsequent amendments, or similar laws.

This coverage applies to damages occurring within the Navigational Limits covered in this policy including the land portions of the Navigational Limits shown on the Navigation Warranty, except where prohibited by law.

### Maritime benefits
We also provide you with coverage for sums you are legally obligated to pay for:
- unearned wages, maintenance and cure under General Maritime Law for a Jones Act seaman;
- the financial consequences of sickness, injury or death of a seafarer under the Maritime Labour Convention, 2006 or any subsequent amendments, or similar laws;
- reasonable expenses incurred by you to repatriate any member of your crew as required by the Maritime Labour Convention, 2006 or any subsequent amendments, or similar laws; and
- benefits payable to an injured worker under the Longshore and Harbor Workers' Compensation Act.

***Yacht Select*** SM
***Liability Coverage***

## *Yacht Select Liability Coverage*
(continued)

### Oil Pollution Act

We also provide you with coverage and limits of liability required by the Oil Pollution Act of 1990, and any subsequent amendments. If the Oil Pollution Act of 1990, and any subsequent amendments, has a financial responsibility or similar requirement specifying limits of liability for property damage higher than the amount of coverage for liability shown on the Declarations Page, and if there is no other valid and collectible insurance, we will provide the specified higher limit. However, we will not pay more than the limit of liability required by the Oil Pollution Act of 1990 or any subsequent amendments.

Exclusions to this coverage are described in Exclusions.

### Defense coverages

We will defend a covered person against any suit seeking covered damages for bodily injury or property damage. We provide this defense at our own expense, with counsel of our choice, even if the suit is groundless, false, or fraudulent. We may investigate, negotiate, and settle any such claim or suit at our discretion.

As part of our investigation, defense, negotiation, or settlement we will pay:
- all premiums on appeal bonds required in any suit we defend;
- all premiums on bonds to release attachments for any amount up to the amount of coverage for liability (but we are not obligated to apply for or furnish any bond);
- all expenses incurred by us;
- all costs taxed against a covered person;
- all interest accruing after a judgement is entered in a suit we defend, on only that part of the judgement we are responsible for paying. We will not pay interest accruing after we have paid the judgement up to the amount of coverage;
- all prejudgement interest awarded against a covered person on that part of the judgement we pay or offer to pay. We will not pay any prejudgement interest based on that period of time after we make an offer to pay the amount of coverage;
- all earnings lost by each covered person at our request, up to $50,000;
- other reasonable expenses incurred by a covered person at our request; and
- the cost of bail bonds required of a covered person because of a covered loss.

In jurisdictions where we may be prevented by local law from carrying out these Defense Coverages, we will pay only those defense expenses that we agree in writing to pay and that are incurred by you.

Defense coverages does not apply to the following liability coverages: Wreck removal, Marine environmental damage, and Search and rescue.

## *Extra Liability Coverages*

In addition to covering damages and defense costs, we also provide other related coverages. These coverages are in addition to the amount of coverage for damages and defense costs unless stated otherwise or an exclusion applies.

*Yacht Select*<sup>SM</sup>
*Liability Coverage*
CHUBB®

---

## Extra Liability Coverages
(continued)

### Wreck removal
We will pay up to 100% of the amount of coverage for liability to cover the reasonable costs to raise, remove, or destroy the wreck of your insured vessel, if you are legally required to do so.

### Operating other watercraft
We cover damages you are legally obligated to pay for bodily injury or property damage caused by an occurrence during the policy period which result while you are operating another watercraft for no longer than 45 days, that is not owned, rented or chartered by you or a family member, unless stated otherwise or an exclusion applies.

However, the most we will pay for property damage to the other watercraft and its equipment is up to $50,000, subject to a $500 deductible, unless stated otherwise or an exclusion applies.

These payments do not increase the amount of liability coverage.

### Newly acquired watercraft
We cover damages a covered person is legally obligated to pay for bodily injury or property damage caused by an occurrence resulting from the ownership, maintenance or use of any watercraft you acquire during the policy period for up to 30 days after acquisition, unless stated otherwise or an exclusion applies.  These payments do not increase the amount of liability coverage. You must request coverage for the newly acquired watercraft within the 30 days after you acquire it, we must agree to insure it, and you must pay the premium from the date acquired.

### Temporary substitute watercraft
If your insured vessel is out of commission because of a covered partial loss and has not been repaired within 72 hours from the date of loss, we cover damages a covered person is legally obligated to pay for bodily injury or property damage arising from the maintenance or use of a temporary substitute watercraft while your insured vessel is being repaired. The temporary substitute watercraft must be of similar type and of equal or lesser value and length. But we do not cover any person for the maintenance or use of a temporary substitute watercraft if:
- the covered loss resulted in a total loss to your insured vessel; or
- the temporary substitute watercraft is being used for any purpose other than replacing your insured vessel while it is out of commission.

These payments do not increase the amount of liability coverage.

### Marine environmental damage fines and penalties
We cover fines, penalties, assessments, multiplication of damages, restoration costs and monitoring costs a covered person is legally obligated to pay, up to $25,000 for any one occurrence.

"Marine environmental damage" means the physical injury to or the alteration or destruction of coastal or marine habitat through physical contact with your insured vessel.

"Marine habitat" means the place or environment where a plant or animal naturally or normally lives.

---

Yacht Select Liability Coverage

*Yacht Select*ˢᴹ
*Liability Coverage*

## Extra Liability Coverages
(continued)

### Search and rescue
We will pay up to $25,000 for the reasonable expenses incurred by you or a family member for a search and rescue operation in the event any person is lost at sea from your insured vessel.

### Marina as additional insured
The yacht club, marina or other similar facility where the insured vessel(s) is kept is added as an additional insured on this policy, but only as their interest may appear in the insured vessel and for the liability arising out of the acts, errors or omissions of the named insured with respect to the insured vessel covered by this policy. The additional insured is named as such for purpose of bodily injury and property damage liability in connection with the named insured's ownership, maintenance and operation of the insured vessel covered by this policy.

### Accidental death benefit
We will pay an accidental death benefit of $5,000 in the event of your or a family member's death after an occurrence, when death results directly from bodily injury sustained out of the use or operation of the insured vessel, and independently of all other causes of bodily injury (other than sickness or disease resulting therefrom), if death occurs within 90 days of the occurrence.

## Exclusions

In addition to the exclusions under General Policy Exclusions, the following exclusions apply to your Yacht Select Liability Coverage, including the Extra Liability Coverages, unless stated otherwise.

**Employees.** We do not cover any employee of an entity named on the Declarations Page other than for damages arising out of the ownership, maintenance, use, towing, loading or unloading of your insured vessel.

**Nonpermissive use.** We do not cover any person who uses your insured vessel without permission from a covered person.

**Workers' compensation or disability.** We do not cover any damages a covered person is legally obligated to provide under any workers' compensation, disability benefits, unemployment compensation or similar law.

**Fines/punitive damages.** We do not cover any fines, penalties or punitive damages. This exclusion does not apply to Marine environmental damage fines and penalties.

**Contractual liability.** We do not cover any covered person for damages for any liability assumed under any oral or written contract or agreement.

**Lost wages.** We do not cover any loss of crew wages, except as provided under the Jones Act, the Longshore and Harbor Workers' Compensation Act, the Maritime Labour Convention, 2006 or any subsequent amendments and General Maritime Law.

*Yacht Select*ˢᴹ
*Liability Coverage*

CHUBB

---

## Exclusions
(continued)

**Covered person's or dependent's bodily injury.** We do not cover any damages for bodily injury for any covered person or his or her dependents where the ultimate beneficiary is the offending party or defendant. We also do not cover any damages for bodily injury for which a person or entity named on the Declarations Page or a family member can be held legally liable, in any way, to a spouse, a family member, a person who lives with you, or a person or entity named on the Declarations Page. We also do not cover any damages for bodily injury for which a spouse, a family member, a person who lives with you, or a person or entity named on the Declarations Page can be held legally liable, in any way, to you or a family member.

**Your owned watercraft.** We do not cover any person for property damage to watercraft owned by you or a family member.

**Your other watercraft.** We do not cover any person for damages arising out of the ownership, maintenance, use, loading, unloading, transporting, or towing of any watercraft owned by you or a family member that is not covered under this policy.

**Operating other watercraft.** We do not cover any property damage to watercraft you operate, which is not owned, rented or chartered by you or a family member, other than provided under the Extra Liability Coverage, Operating other watercraft.

---



**Yacht Preference®
Liability Coverage**

This part of your Masterpiece Policy provides you with Yacht Preference Liability Coverage, unless stated otherwise or an exclusion applies.

## Payment for a Loss

### Amount of coverage
The amount of coverage for liability is shown on the Declarations Page. This is the maximum amount of coverage for liability available for any one occurrence regardless of the number of insured vessels covered under this policy. We will not pay more than that amount for covered damages from any one occurrence, regardless of how many claims, policies, watercraft, vessels, yachts, or people are involved in the occurrence.

Any sums we pay for Maritime benefits, or costs we pay for legal expenses (see Defense Coverages), are in addition to the amount of coverage.

### Deductible
A deductible is that amount we will subtract from the amount of covered damages we pay. If shown on the Declarations Page, a liability deductible could apply to each occurrence unless stated otherwise.

## Yacht Preference Liability Coverage

We cover damages a covered person is legally obligated to pay for bodily injury or property damage arising out of the ownership, maintenance, use, loading or unloading of your insured vessel, which take place anytime during the policy period and is caused by an occurrence unless stated otherwise or an exclusion applies. This coverage includes damages you are legally obligated to pay as a result of liability under the Jones Act, General Maritime Law, the Longshore and Harbor Workers' Compensation Act and the Maritime Labour Convention, 2006 or any subsequent amendments, or similar laws.

This coverage applies to damages occurring within the Navigational Limits covered in this policy including the land portions of the Navigational Limits shown on the Navigation Warranty, except where prohibited by law.

### Maritime benefits
We also provide you with coverage for sums you are legally obligated to pay for:
- unearned wages, maintenance and cure under General Maritime Law for a Jones Act seaman;
- the financial consequences of sickness, injury or death of a seafarer under the Maritime Labour Convention, 2006 or any subsequent amendments, or similar laws;
- reasonable expenses incurred by you to repatriate any member of your crew as required by the Maritime Labour Convention, 2006 or any subsequent amendments, or similar laws; and
- benefits payable to an injured worker under the Longshore and Harbor Workers' Compensation Act.

*Yacht Preference®*
*Liability Coverage*

## *Yacht Preference Liability Coverage*

(continued)

### Oil Pollution Act

We also provide you with coverage and limits of liability required by the Oil Pollution Act of 1990, and any subsequent amendments. If the Oil Pollution Act of 1990, and any subsequent amendments, has a financial responsibility or similar requirement specifying limits of liability for property damage higher than the amount of coverage for liability shown on the Declarations Page, and if there is no other valid and collectible insurance, we will provide the specified higher limit. However, we will not pay more than the limit of liability required by the Oil Pollution Act of 1990 or any subsequent amendments.

Exclusions to this coverage are described in Exclusions.

### Defense coverages

We will defend a covered person against any suit seeking covered damages for bodily injury or property damage. We provide this defense at our own expense, with counsel of our choice, even if the suit is groundless, false, or fraudulent. We may investigate, negotiate, and settle any such claim or suit at our discretion.

As part of our investigation, defense, negotiation, or settlement we will pay:

- all premiums on appeal bonds required in any suit we defend;
- all premiums on bonds to release attachments for any amount up to the amount of coverage for liability (but we are not obligated to apply for or furnish any bond);
- all expenses incurred by us;
- all costs taxed against a covered person;
- all interest accruing after a judgement is entered in a suit we defend, on only that part of the judgement we are responsible for paying. We will not pay interest accruing after we have paid the judgement up to the amount of coverage;
- all prejudgement interest awarded against a covered person on that part of the judgement we pay or offer to pay. We will not pay any prejudgement interest based on that period of time after we make an offer to pay the amount of coverage;
- all earnings lost by each covered person at our request, up to $50,000;
- other reasonable expenses incurred by a covered person at our request; and
- the cost of bail bonds required of a covered person because of a covered loss.

In jurisdictions where we may be prevented by local law from carrying out these Defense Coverages, we will pay only those defense expenses that we agree in writing to pay and that are incurred by you.

Defense coverages does not apply to the following liability coverages: Wreck removal, Marine environmental damage, and Search and rescue.

## *Extra Liability Coverages*

In addition to covering damages and defense costs, we also provide other related coverages. These coverages are in addition to the amount of coverage for damages and defense costs unless stated otherwise or an exclusion applies.

*Yacht Preference®*
*Liability Coverage*

CHUBBˣ

---

## *Extra Liability Coverages*
(continued)

### Wreck removal
We will pay up to 100% of the amount of coverage for liability to cover the reasonable costs to raise, remove, or destroy the wreck of your insured vessel, if you are legally required to do so.

### Charter
If the Yacht Preference Liability Charter Coverage endorsement is attached to your policy, we cover damages that result while your insured vessel is being chartered under a written charter party agreement, for private pleasure use only, so long as your insured vessel is in the care and control of the captain on file with us at all times. These payments do not increase the amount of liability coverage. This coverage does not apply if the charter agreement is written in your name or in the name of an entity in which you are a member, officer, director, trustee or partner.

### Personal watercraft
We cover damages you are legally obligated to pay for bodily injury caused by an occurrence during the policy period resulting from a covered person's use of a personal watercraft which is carried on board your insured vessel, used in conjunction with your insured vessel and when used within the same navigational limits as your insured vessel. These payments do not increase the amount of liability coverage.

### Operating other watercraft
We cover damages you are legally obligated to pay for bodily injury or property damage caused by an occurrence during the policy period which result while you are operating another watercraft for no longer than 45 days, that is not owned, rented or chartered by you or a family member, unless stated otherwise or an exclusion applies.

However, the most we will pay for property damage to the other watercraft and its equipment is up to $50,000, subject to a $500 deductible, unless stated otherwise or an exclusion applies.

These payments do not increase the amount of liability coverage.

### Newly acquired watercraft
We cover damages a covered person is legally obligated to pay for bodily injury or property damage caused by an occurrence resulting from the ownership, maintenance or use of any watercraft you acquire during the policy period for up to 30 days after acquisition, unless stated otherwise or an exclusion applies.  These payments do not increase the amount of liability coverage. You must request coverage for the newly acquired watercraft within the 30 days after you acquire it, we must agree to insure it, and you must pay the premium from the date acquired.

### Temporary substitute watercraft
If your insured vessel is out of commission because of a covered partial loss and has not been repaired within 48 hours from the date of loss, we cover damages a covered person is legally obligated to pay for bodily injury or property damage arising from the maintenance or use of a temporary substitute watercraft while your insured vessel is being repaired. The temporary substitute watercraft must be of similar type and of equal or lesser value and length. But we do not cover any person for the maintenance or use of a temporary substitute watercraft if:
- the covered loss resulted in a total loss to your insured vessel; or

*Yacht Preference®*
*Liability Coverage*

## Extra Liability Coverages
(continued)

- the temporary substitute watercraft is being used for any purpose other than replacing your insured vessel while it is out of commission.

These payments do not increase the amount of liability coverage.

### Marine environmental damage fines and penalties
We cover fines, penalties, assessments, multiplication of damages, restoration costs and monitoring costs a covered person is legally obligated to pay, up to $100,000 for any one occurrence.

"Marine environmental damage" means the physical injury to or the alteration or destruction of coastal or marine habitat through physical contact with your insured vessel.

"Marine habitat" means the place or environment where a plant or animal naturally or normally lives.

### Search and rescue
We will pay up to $50,000 for the reasonable expenses incurred by you or a family member for a search and rescue operation in the event any person is lost at sea from your insured vessel.

### Marina as additional insured
The yacht club, marina or other similar facility where the insured vessel(s) is kept is added as an additional insured on this policy, but only as their interest may appear in the insured vessel and for the liability arising out of the acts, errors or omissions of the named insured with respect to the insured vessel covered by this policy. The additional insured is named as such for purpose of bodily injury and property damage liability in connection with the named insured's ownership, maintenance and operation of the insured vessel covered by this policy.

### Accidental death benefit
We will pay an accidental death benefit of $5,000 in the event of your or a family member's death after an occurrence, when death results directly from bodily injury sustained out of the use or operation of the insured vessel, and independently of all other causes of bodily injury (other than sickness or disease resulting therefrom), if death occurs within 90 days of the occurrence.

## Exclusions

In addition to the exclusions under General Policy Exclusions, the following exclusions apply to your Yacht Preference Liability Coverage, including the Extra Liability Coverages, unless stated otherwise.

**Employees.** We do not cover any employee of an entity named on the Declarations Page other than for damages arising out of the ownership, maintenance, use, towing, loading or unloading of your insured vessel.

**Nonpermissive use.** We do not cover any person who uses your insured vessel without permission from a covered person.

*Yacht Preference®*
*Liability Coverage*

**⊏ H U B B**®

---

## Exclusions
(continued)

**Workers' compensation or disability.** We do not cover any damages a covered person is legally obligated to provide under any workers' compensation, disability benefits, unemployment compensation or similar law.

**Fines/punitive damages.** We do not cover any fines, penalties or punitive damages. This exclusion does not apply to Marine environmental damage fines and penalties.

**Contractual liability.** We do not cover any covered person for damages for any liability assumed under any oral or written contract or agreement.

**Lost wages.** We do not cover any loss of crew wages, except as provided under the Jones Act, the Longshore and Harbor Workers' Compensation Act, the Maritime Labour Convention, 2006 or any subsequent amendments and General Maritime Law.

**Covered person's or dependent's bodily injury.** We do not cover any damages for bodily injury for any covered person or his or her dependents where the ultimate beneficiary is the offending party or defendant. We also do not cover any damages for bodily injury for which a person or entity named on the Declarations Page or a family member can be held legally liable, in any way, to a spouse, a family member, a person who lives with you, or a person or entity named on the Declarations Page. We also do not cover any damages for bodily injury for which a spouse, a family member, a person who lives with you, or a person or entity named on the Declarations Page can be held legally liable, in any way, to you or a family member.

**Your owned watercraft.** We do not cover any person for property damage to watercraft owned by you or a family member.

**Damage to your other watercraft.** We do not cover any person for damages arising out of the ownership, maintenance, use, loading, unloading, transporting, or towing of any watercraft owned by you or a family member that is not covered under this policy.

**Operating other watercraft.** We do not cover any property damage to watercraft you operate, which is not owned, rented or chartered by you or a family member, other than provided under the Extra Liability Coverage, Operating other watercraft.

*11/17*
© Chubb.2016.  All rights reserved   Form no. RM200000
Yacht Preference Liability Coverage                     *Page K-5*



**Medical Payments Coverage**

This part of your Masterpiece Policy provides you with Medical Payments Coverage, unless stated otherwise or an exclusion applies.

## Payment for a Loss

### Amount of coverage
The amount of coverage for medical payments is shown on the Declarations Page. We will not pay more than that amount for covered damages from any one occurrence, regardless of how many claims, policies, watercraft, vessels, yachts, or people are involved in the occurrence.

Any payment made under Medical payments coverage is not an admission of liability by a covered person or us.

## Medical Payments Coverage

We will pay for reasonable medical expenses for each occurrence for medical expenses incurred or medically ascertained within three years of an accident. But the expenses must be for bodily injury to persons from a boating accident which occurs while, in, upon, boarding, leaving or towed behind:
- an insured vessel shown on the Declarations Page, or
- a temporary substitute watercraft or a newly acquired watercraft.

"Medical expenses" includes reasonable charges for first aid, medical, funeral, surgical, x-ray, dental, ambulance, hospital, rehabilitation, professional nursing services, and prosthetic devices.

## Exclusions

In addition to the exclusions under General Policy Exclusions, the following exclusions apply to your Medical Payments Coverage, unless stated otherwise.

**Employees.** We do not cover any employee of an entity named on the Declarations Page other than for damages arising out of the ownership, maintenance, use, towing, loading or unloading of your insured vessel.

**Nonpermissive use.** We do not cover any person who uses your insured vessel without permission from a covered person.

**Workers' compensation or disability.** We do not cover any damages a covered person is legally obligated to provide under any workers' compensation, disability benefits, unemployment compensation or similar law.

**Contractual liability.** We do not cover any covered person for damages for any liability assumed under any oral or written contract or agreement.

*Medical Payments*
*Coverage*

---

## Exclusions
(continued)

**Lost wages.** We do not cover any loss of crew wages, except as provided under the Jones Act, the Longshore and Harbor Workers' Compensation Act, General Maritime Law and the Maritime Labour Convention, 2006 or any subsequent amendments.

**Covered person's or dependent's bodily injury.** We do not cover any damages for bodily injury for any covered person or his or her dependents where the ultimate beneficiary is the offending party or defendant. We also do not cover any damages for bodily injury for which a person or entity named on the Declarations Page or a family member can be held legally liable, in any way, to a spouse, a family member, a person who lives with you, or a person or entity named on the Declarations Page. We also do not cover any damages for bodily injury for which a spouse, a family member, a person who lives with you, or a person or entity named on the Declarations Page can be held legally liable, in any way, to you or a family member.



**Uninsured Boaters Protection**

This part of your Masterpiece Policy provides you with coverage you are legally entitled to receive from the owner or operator of an uninsured vessel, unless stated otherwise or an exclusion applies.

This coverage applies to a loss occurring on land or within the Navigational Limits shown in the Navigation Warranty attached to this policy.

## Payment for a Loss

### Amount of coverage
The amount of coverage for uninsured boaters protection is shown on the Declarations Page. This is the maximum amount of coverage available for any one occurrence regardless of the number of insured vessels covered under this policy. We will not pay more than this amount for covered damages from any one occurrence regardless of the number of claims made, policies, watercraft, vessels, yachts, or people are involved in the occurrence.

### Duplication of benefits
We will not duplicate any payments already made under any workers' compensation, disability benefits, Jones Act, General Maritime Law, the Longshore and Harbor Workers' Compensation Act and the Maritime Labour Convention, 2006 or any subsequent amendments, or similar laws. And we will deduct from our payments under this coverage any payment the covered person is entitled to recover under any applicable bodily injury liability bonds or policies, including this policy or under any workers' compensation, disability benefits, Jones Act, General Maritime Law, the Longshore and Harbor Workers' Compensation Act and the Maritime Labour Convention, 2006 or any subsequent amendments, or similar laws. No one will be entitled to recover duplicate payments for the same elements of loss.

## Uninsured Boaters Protection

We will pay to a covered person damages for bodily injury sustained while on board any insured vessel covered under this policy that the covered person is legally entitled to receive from the owner or operator of an uninsured vessel. We cover these damages for bodily injury to a covered person resulting from physical contact between your insured vessel and an uninsured vessel unless stated otherwise or an exclusion applies. We do not cover damages where there is no evidence of physical contact between your insured vessel and an uninsured vessel.

We will pay this coverage only if:
- the amount of liability under any bodily injury liability bonds or policies applicable to the uninsured vessel have been exhausted by payment of judgements or settlements; or
- a tentative settlement has been made between a covered person and the insurer of the uninsured vessel and we:
  - have been given prompt written notice of such tentative settlement; and
  - advance payment to a covered person in an amount equal to the tentative settlement within 30 days after receipt of notification.

"Uninsured vessel" means a vessel that:
- has no bodily injury liability policy or bond applying at the time of the accident;
- has a limit of liability less than the limit provided under this policy;
- is a hit-and-run vessel whose owner or operator cannot be identified; or
- has a bodily injury liability policy or bond with an insurance or bonding company that denies coverage or becomes insolvent within one year after the accident.

*Uninsured Boaters Protection*

## Uninsured Boaters Protection
(continued)

However, "uninsured vessel" does not include any vessel that is:
- owned by, furnished to, or available for a covered person's regular use; or
- being used as a residence or premises.

## Exclusions

In addition to the exclusions under General Policy Exclusions, the following exclusions apply to your Uninsured Boaters Protection, unless stated otherwise.

**Claims settled without our consent.** We do not cover any claim settled with a third party without our written consent. Nor do we cover any judgement for a suit brought without our written consent. However, this exclusion does not apply if such settlement does not prejudice our right to recover payment.

**Workers' compensation or disability.** We do not cover any damages a covered person is legally obligated to provide under any workers' compensation, disability benefits, unemployment compensation or similar law.

**Fines/punitive damages.** We do not cover any fines, penalties or punitive damages. This exclusion does not apply to Marine environmental damage.

**Your other watercraft.** We do not cover any person for damages arising out of the ownership, maintenance, use, loading, unloading, transporting, or towing of any watercraft owned by you or a family member that is not covered under this policy.

**Lost wages.** We do not cover any loss of crew wages, except as provided under the Jones Act, the Longshore and Harbor Workers' Compensation Act, the Maritime Labour Convention, 2006 or any subsequent amendments and General Maritime Law.

**Evidence of physical contact.** We do not cover any damages where there is no evidence of physical contact between your insured vessel and an uninsured vessel.



**General Policy
Exclusions**

This part of your Masterpiece Policy explains the exclusions that apply to your policy.

## General Exclusions

These exclusions apply to your policy in general, and to each coverage in it, unless stated otherwise.

### Intentional acts
We do not provide any coverage for loss, damage, liability or expenses arising out of an act intended by any covered person to cause personal injury or property damage, even if the injury or damage is of a different degree or type than actually intended or expected. But we do cover such damages if the act was intended to protect people or property unless another exclusion applies. An intentional act is one whose consequences could have been foreseen by a reasonable person.

### Illegal acts
We do not provide any coverage for loss, damage, liability or expenses arising from any illegal transportation or trade. But we do provide coverage for you or a family member who is not directly or indirectly involved in the illegal act.

### Charter
We do not provide any coverage for loss, damage, liability or expenses that result while your insured vessel is being used for charter.

### Commercial use
We do not provide any coverage for loss, damage, liability or expenses that result while your insured vessel is being used for commercial purposes. Recreational entertaining of business clients on your insured vessel is not considered commercial use.

### Racing
We do not provide any coverage for loss, damage, liability or expenses arising out of the ownership, maintenance or use of your insured vessel during any instruction, practice, preparation for, or participation in, any competitive, prearranged or organized racing, speed test or speed contest, sports event or timed event of any kind, except sailboat races or predicted log contests.

### Towing
We do not provide any coverage for loss, damage, liability or expenses arising out of the towing of any vessel by your insured vessel or out of the towing of your insured vessel by any vessel, except:
- a dinghy/tender owned by you;
- in an emergency situation;
- non-owned vessels in distress or unintentionally disabled, provided there is no consideration for your services; or
- the insured vessel towing another vessel owned by you while navigating inland waters or rivers except the Great Lakes, subject to the Navigation Warranty attached to this policy.

### Para-sailing, kite-skiing or other activities
We do not provide any coverage for loss, damage, liability or expenses arising out of para-sailing, kite-skiing, or any other activity involving a device designed for flight. This exclusion also includes but is not limited to flyboards, hoverboards, jetlevs, jetovators or other similar devices.

© Chubb,2016.  All rights reserved  Form no. RM230000

*General Policy*
*Exclusions*



## General Exclusions
(continued)

### Fungi, mold, bacteria and virus
We do not provide any coverage for any actual or alleged loss, damage, liability or expenses arising out of mold, bacteria or virus, the fear of mold, bacteria or virus, or any consequences resulting from mold, bacteria or virus, or the fear of mold, bacteria or virus.

### Aircraft
We do not cover any loss to an aircraft or aircraft parts. We also do not cover any damages arising out of the ownership, maintenance, use, loading, unloading, transporting or towing of any aircraft. "Aircraft" means any device used or designed for flight, except drones or similar unmanned device not used or designed to carry people or cargo.

However, with respect to the ownership, maintenance or use of any drones or similar unmanned device, we do not cover any damages:
- while such drone or similar unmanned device is being operated in a restricted airspace as determined by the Federal Aviation Administration or other governmental agency, whether on a local, state or federal level, including any temporary flight restrictions; or
- to any aircraft, including any resulting damages. This exclusion applies whether such drone or similar unmanned device makes contact with the aircraft or not.

### Motorized land vehicles
We do not provide any coverage for loss, damage, liability or expenses arising out of the ownership, maintenance, use, loading, unloading, storing, transporting or towing of any motorized land vehicle.

### Acts of war
We do not provide any coverage for loss, damage, liability or expenses caused by war, undeclared war, civil war, insurrection, rebellion, revolution, warlike acts by a military force or personnel, any action taken in hindering or defending against any of these, the destruction or seizure of property for a military purpose, or any consequences of any of these acts regardless of any other direct or indirect cause or event, whether covered or not, contributing in any sequence to the loss.

### Nuclear or radiation hazard
We do not provide any coverage for loss, damage, liability or expenses caused by nuclear reaction, radiation, or radioactive contamination, whether controlled or uncontrolled, or any consequence of any of these, regardless of any other direct or indirect cause or event, whether covered or not, contributing in any sequence to the loss.

### Chemical weapons and cyber attacks
We do not provide any coverage for loss, damage, liability or expenses caused by the use or threatened use of:
- any chemical, biological, bio-chemical, or electromagnetic weapon, device, agent or material; or
- any computer, computer system, software program, virus or process, or any other electronic system,
  as a means for inflicting harm, or the consequence of any of these, regardless of any other direct or indirect cause or event, whether covered or not, contributing in any sequence to the loss.
  We also do not cover any loss caused by any action taken in hindering or defending against the use or threatened use of any of these.

© Chubb.2016. All rights reserved   Form no. RM230000

***General Policy
Exclusions***



## *General Exclusions*
(continued)

### Personal watercraft
We do not provide any coverage for loss, damage, liability or expenses arising out of the operation of any personal watercraft:

- from sunset to sunrise;
- while towing any person; or
- by any person who does not have a valid motor vehicle driver's license, other than you or a family member age 16 or older.

*11/17*
© Chubb.2016.  All rights reserved   Form no. RM230000                    General Policy Exclusions                    *Page N-3*



**CHUBB**®

*Policy*
*Terms*

This part of your Masterpiece Policy explains the conditions that apply to your policy.

## *General Conditions*

These conditions apply to your policy in general, and to each coverage in it.

### Policy period
The effective dates of your policy are shown on the Declarations Page. Those dates begin at 12:01 a.m. standard time at the mailing address shown. Each renewal period shall be for a similar term.

All coverages on this policy apply only to occurrences that take place while this policy is in effect.

### Renewals
We or our agent may offer to renew this policy, at the premiums and under the policy provisions in effect at the date of renewal. We can do this by mailing you a bill for the premium to the address shown on the Declarations Page, along with any changes in the policy provisions or amounts of coverage. You may accept our offer by paying the required premium on or before the starting date of each renewal period.

### Change in control
We do not provide coverage as of the date your insured vessel is sold, pledged, assigned, or transferred to a new owner, the date your vessel is legally removed from your custody or control, or the date there is a change in the controlling interest of the entity, which is shown on the Declarations Page, that owns your insured vessel.

### Transfer of rights
If we make a payment under this policy, we will assume any recovery rights a covered person has in connection with that loss, to the extent we have paid for the loss.

All of your rights of recovery will become our rights to the extent of any payment we make under this policy. A covered person will do everything necessary to secure such rights, and do nothing after a loss to prejudice such rights. If you take any action that impairs or waives our right to recover, you will have no coverage for loss unless we agree in advance to such action. However, you may waive your rights of recovery if you sign a written contract for repair of your insured vessel as a result of a covered loss, or if you sign a written contract for the dockage, slip rental, moorage, hauling/launching, or storage of your insured vessel.

### Concealment, misrepresentation, or omissions
This policy is void if you or any covered person has concealed, misrepresented, or omitted any material fact relating to this policy before or after a loss.

### Carrier and bailees
We will not make any payments under this policy to the benefit of any carrier or other bailee of damaged or lost property.

### Assignment
You cannot transfer your interest in this policy to anyone else unless we agree in writing to the transfer.

*Policy*
*Terms*

## *General Conditions*
(continued)

### Application of coverage
The amount of coverage applies separately to each covered person but does not increase the amount of coverage for any one occurrence.

### Duplicate coverages
If a loss is covered under more than one part of this policy, we will pay you under the part giving you the most coverage, but not under more than one part. In no event will we make duplicate payments.

### Policy changes
This policy can be changed only by a written amendment or endorsement we issue.

### Bankruptcy or insolvency
We will meet all our obligations under this policy regardless of whether you, your estate, or anyone else or his or her estate becomes bankrupt or insolvent.

### In case of death
In the event of your death, we cover your legal representative or any person having proper temporary custody of your insured vessel until a legal representative is appointed and qualified, but only with respect to your insured vessel covered under the policy at the time of death. We will also cover any member of your household who is a covered person at the time of death.

### Liberalization
We may extend or broaden the insurance provided by this policy. If we do this during the policy period or within 60 days before it begins, without increasing the premium, then the extended or broadened coverage will apply to occurrences after the effective date of the extended or broadened coverage.

### Conforming to state law or maritime law
This policy shall be construed in accordance with General Maritime Law or Admiralty Rule. If no General Maritime Law or Admiralty Rule applies, the law of the State appearing in your address as contained upon the Declarations Page will apply without regard to the conflict of laws or provisions thereof. Any provision of this policy that would be invalid under the applicable law shall be amended to the extent necessary for such provision to be in conformance with such law.

### Conforming to trade sanction laws
This policy does not apply to the extent that trade or economic sanctions or other laws or regulations prohibit us from providing insurance.

### Local insurance
You agree to obtain compulsory insurance you are required by the law of the local government for any countries outside of the United States, its territories or possessions, listed within the Navigational limits described in your Navigation Warranty.

*Policy*
*Terms*



---

## General Conditions
(continued)

### Navigational limits extension
If your insured vessel unintentionally navigates beyond the navigational limits specified on the Navigation Warranty included in this policy, this policy will remain in effect. You must give us written notice within ten days of the navigational limits breach and pay any additional premium due for the coverage extension.

---

## Property Damage Conditions

These conditions apply to all coverage for damage to property in this policy.

### Other insurance
When other property damage insurance applies to a covered loss, we will pay only the portion of the loss that the amount of coverage under this policy bears to the total amount of insurance covering the loss. However, our property damage coverage is excess over any compulsory insurance you are required to obtain by the law of the local government for any countries outside of the United States, its territories or possessions, listed within the Navigational limits described in your Navigation Warranty.

### Your duties after a loss
If you have a loss this policy may cover, you must perform these duties:

**Notification.** You must immediately notify us or your agent or broker of your loss. In case of theft or accident, you must also notify the police or similar competent authority.

**Cooperation and assistance.** You must cooperate with and assist us fully in facilitating the investigation and adjustment of a loss, including assisting us in securing evidence and obtaining the attendance of witnesses. These witnesses may include you, family members, captain or crew members, other members of your household, anyone using your insured vessel with your permission, and anyone with knowledge of the loss.

**Protect property.** You must take all reasonable means that are necessary to protect property from further loss or damage.

**Prepare an inventory.** At our request, you must prepare and submit to us within 30 days of our request an itemized or valued inventory of damaged property, describing the loss in full. It should show in detail the amount insured under this policy and actual amount of the loss. Attach bills, receipts, and other documents to support your inventory.

**Display of loss.** You must show us the damaged property when we ask and as often as we reasonably require.

**Proof of loss.** At our request, you must submit to us, within 60 days after we request, your signed, sworn proof of loss providing all information and documentation we request such as the cause of loss, inventories, receipts, repair estimates and other similar records.

*Policy*
*Terms*

## *Property Damage Conditions*
(continued)

**Examination under oath.** We have the right to examine separately under oath, as often as we may reasonably require, you, family members, captain or crew members, other members of your household, anyone using your insured vessel with your permission, and anyone with knowledge of the loss, and have them subscribe the same. We may also ask you to give us a signed description of the circumstances surrounding a loss and your interest in it, and to produce all records and documents we request and permit us to make copies

### Insurable interest
We will not pay for any loss to your insured vessel unless you or a family member has an insurable interest at the time of the loss.

If more than one person has an insurable interest in your insured vessel, we will not pay for an amount greater than your interest, up to the amount of coverage that applies.

### Abandoning property
You cannot abandon any property to us unless we agree to accept it. You cannot abandon any property to a third party unless we agree.

### Survey
If you or we fail to agree on the amount of loss, you or we may demand a survey of loss. Each party will select a licensed, independent marine surveyor within 20 days after receiving written request from the other. The two surveyors will select a third marine surveyor. If they cannot agree on a third surveyor within 15 days, you or we may request that the selection be made by a judge of a court having jurisdiction. Written agreement signed by any two of the three surveyors shall set the amount of the loss. However, the maximum amount we will pay for a loss is the applicable amount of coverage even if the amount of the loss is determined to be greater by survey. Each surveyor will be paid by the party selecting the surveyor. Other expenses of the survey and the compensation of the third surveyor shall be shared equally by you and us. However, any such survey will be without prejudice, and we will not waive our rights under this policy by agreeing to a survey.

### Loss payee
If a loss payee is named in this policy, any loss payable will be paid to the loss payee and you, as interests appear. If more than one loss payee is named, the order of payment will be the same as the order of precedence of the loss payees. We cover the interests of the loss payee, unless the loss results from fraudulent acts or omissions on your part.

If we deny your claim, that denial will not apply to a valid claim of the loss payee provided that the loss payee:
- notifies us of any change in ownership or substantial change in risk of which the loss payee is aware;
- pays any premium due under this policy on demand if you have neglected to pay the premium; and
- submits a signed sworn statement of loss within 60 days after receiving notice from us of your failure to do so.

Policy conditions relating to a survey and legal action against us apply to the loss payee. If the policy is cancelled or not renewed by us, the loss payee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

*Policy*
*Terms*



---

## Property Damage Conditions

(continued)

If we pay the loss payee for any loss and deny payment to you, then:
- our rights are subrogated to all rights of the loss payee granted under the loan on the property; or
- at our option, we may pay to the loss payee the whole principal on the loan plus any accrued interest. In this event, we will receive a full assignment and transfer from the loss payee of all securities held as collateral to the debt.

Subrogation will not impair the right of the loss payee to recover the full amount of the loss payee's claim.

---

## Liability, Medical Payments and Uninsured Boaters Protection Conditions

These conditions apply to all liability, medical payments and uninsured boaters protection coverages in this policy.

### Other insurance

This insurance is excess over any other insurance, including any compulsory insurance you are required to obtain by the law of the local government for any countries outside of the United States, its territories or possessions, listed within the Navigational limits described in your Navigation Warranty, except that written specifically to cover excess over the amount of coverage that applies in this policy.

### Your duties after a loss

In case of a loss, the covered person shall perform the following duties that apply:

**Notification.** You must notify us or your agent or broker as soon as possible.

**Cooperation and assistance.** You must provide us with all available information. This includes any suit papers or other documents which help us in the event that we defend you. You must cooperate with and assist us fully in any legal defense, including assisting us in securing evidence and obtaining the attendance of witnesses. These witnesses may include you, family members, captain or crew members, other members of your household, anyone using your insured vessel with your permission, and anyone with knowledge of the occurrence. This may also include any association by us with the covered person in defense of a claim reasonably likely to involve us.

**Examination under oath.** We have the right to examine separately under oath, as often as we may reasonably require, you, family members, captain or crew members, other members of your household, anyone using your insured vessel with your permission, and anyone with knowledge of the occurrence, and have them subscribe the same. We may also ask you to give us a signed description of the circumstances surrounding an occurrence, and to produce all records and documents we request and permit us to make copies.

*Policy*
*Terms*

## Liability, Medical Payments and Uninsured Boaters Protection Conditions
(continued)

A person making a claim under any liability coverage in this policy must:
- submit as often as we reasonably require:
  - to physical exams by physicians we select, which we will pay for; and
  - to examination under oath and subscribe the same; and
- authorize us to obtain:
  - medical reports; and
  - other pertinent records.

### Application of coverage
Liability coverage applies separately to each covered person. However, this provision does not increase the amount of coverage for any one occurrence.

### Appeals
If a covered person, or any primary insurer, does not appeal a judgement for covered damages, we may choose to do so. We will then become responsible for all expenses, taxable costs, and interest arising out of the appeal. However, the amount of coverage for damages will not be increased

## Special Conditions

In the event of conflict with any other conditions of your policy, these conditions supersede.

### Legal action against us
You agree not to bring legal action against us unless you have first complied with all conditions of this policy. For property, you also agree to bring any action against us within one year after a loss occurs, but not until 30 days after proof of loss has been submitted to us and the amount of loss has been determined. However, this one-year period is extended by the number of days between the date that proof of loss is submitted and the date the claim is denied in whole or in part.

For liability, you also agree not to bring any action against us until the amount of damages you are legally obligated to pay has been finally determined after an actual trial or appeal, if any, or by a written agreement between you, us and the claimant. No person or organization has any right under this policy to bring us into any action to determine the liability of a covered person.

### Alternate dispute resolution
Any dispute, controversy, proceeding or claim, whether in contract, tort, common, or statutory law, arising out of or relating to:
- any claim made under this Policy for loss or damage; or
- the breach, termination, enforcement, interpretation, or validity of this Policy, including the determination of the scope or applicability of this Dispute resolution provision; or
- the relationship between you and us,
  may be resolved by arbitration as provided below.

*11/17*
© Chubb 2016. All rights reserved  Form no. RM240000
Policy Terms                                          *Page O-6*



*Policy*
*Terms*

# Special Conditions
(continued)

The arbitration will be conducted pursuant to the current Marine Arbitration Rules and the Shortened Arbitration Procedure of the Society of Maritime Arbitrators, Inc. The appointment of arbitrator(s) shall be conducted as follows:

- the parties shall agree on a sole arbitrator to decide the disputed issue;
- if the parties are unable to agree on a sole arbitrator, each party will appoint an arbitrator and those two (2) arbitrators will appoint a third who will serve as the chair of the arbitration panel. If one party fails to appoint its arbitrator or the two party-appointed arbitrators fail to appoint a third arbitrator, the parties are directed to follow the Rules of the Society of Maritime Arbitrators, Inc.;
- any hearings shall be conducted in a locality agreed by the parties. If the parties cannot agree on a locality, then any hearing(s) shall be conducted in the State appearing in your address as contained upon the Declarations Page;
- in the event of a conflict between the Rules of the Society of Maritime Arbitrators, Inc. and this Policy, the terms of this Policy shall govern;
- a demand for arbitration must be served on the other party or parties within one (1) year of the date we issue our final coverage determination;
- we may arbitrate the amount of your loss or damage without waiving our right to determine coverage or a lack of coverage for the loss;
- any decision of the arbitrator(s) shall be final, binding on the parties hereto, and not subject to further review; and
judgement upon any award rendered by the arbitrator(s) may be entered in any court having jurisdiction.

## Nonrenewal
If we decline to renew all or part of this policy, we will mail notice of nonrenewal to the mailing address shown on the Declarations Page within the timeframes required by law with any nonrenewal reasons required by law. We will obtain a certificate of mailing. A copy of the notice will also be sent to the last known loss payee named in this policy.

## Your cancellation
You may cancel this policy or any part of it at any time by returning it to us or notifying us in writing of the future date that the cancellation is to take effect.

## Our cancellation
We may cancel this policy or any part of it, subject to the following conditions. Our right to cancel applies to each coverage or limit in this policy.

**Within 60 days.** When this policy or any part of it has been in effect for less than 60 days, we may cancel it with 10 days notice for any reason.

**For more than 60 days.** When this policy or any part of it has been in effect for more than 60 days, we may cancel it with 30 days notice for any reason.

**Nonpayment of premium.** We may cancel this policy or any part of it with 10 days notice if you fail to pay the premium by the due date, regardless of whether the premium is payable to us, to our agent, or under any finance or credit agreement.

*Policy*
*Terms*

## *Special Conditions*
(continued)

**Liability coverage only.** If we cancel liability coverage in this policy, we will cancel the following coverages with 30 days notice:
- Jones Act and related General Maritime Law; and
- Federal Longshore and Harbor Workers' Compensation Act.

### Procedure
To cancel this policy or any part of it, we must notify you in writing. This notice will be mailed to you at the mailing address shown on the Declarations Page within the timeframes required by law with any cancellation reasons required by law. We will obtain a certificate of mailing. This notice will include the date the cancellation is to take effect.

### Refund
In the event of cancellation by you or by us, we will refund any unearned premium on the effective date of cancellation, or as soon as possible afterwards. The unearned premium will be computed pro rata, for the unexpired term for each part of the policy.

***Signatures***

# CHUBB.

In Witness Whereof, the company issuing this policy has caused this policy to be signed by its authorized officers, but this policy shall not be valid unless also signed by a duly authorized representative of the company.

**ACE AMERICAN INSURANCE COMPANY**
**ACE FIRE UNDERWRITERS INSURANCE COMPANY**
**INSURANCE COMPANY OF NORTH AMERICA**

**FEDERAL INSURANCE COMPANY**
**GREAT NORTHERN INSURANCE COMPANY**

JOHN J. LUPICA, President

PAUL KRUMP, President

REBECCA L. COLLINS, Secretary

BRANDON M. PEENE, Secretary



**Florida Amendatory Endorsement**

| Named Insured | | Vessel Number |
|---|---|---|
| **Where's Eileen, LLC** | | |
| Policy Number | Policy Period | Effective Date of Endorsement |
| **Y09879407** | **6/10/2019 TO 6/10/2020** | **6/10/2019** |
| Issued By (Name of Insurance Company) | | |
| **ACE AMERICAN INSURANCE COMPANY** | | |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

This endorsement applies to an insured vessel only if shown on the Declarations Page or the applicable Scheduled Vessel Endorsement for that insured vessel.

Under Introduction and Definitions, the following is added:

The word "warranty" is replaced with the word "condition" wherever it appears in the Policy.

Under Introduction and Definitions, Definitions, the definitions for Bodily Injury and Spouse are deleted and replaced with the following:

**Bodily injury** means bodily harm, including sickness or disease that results from it, and required care, loss of services, and resulting death.

**Spouse** means a partner in marriage or a partner in a civil union recognized under state, local, or municipal laws.

Under Boat Property Damage Coverage, Extra Property Damage Coverages, Trailers, the following is added.

However, if a comprehensive or collision deductible is applied to the same loss then we will waive the trailer deductible shown on the Declarations Page.

Under Boat Liability Coverage and Boat Select Liability Coverage, Payment for a Loss, the Deductible provision is deleted in its entirety.

Under Medical Payments Coverage, Exclusions, the Covered person's or dependent's bodily injury exclusion is deleted in its entirety.

Under Uninsured Boaters Protection, Uninsured Boaters Protection, the first bullet in the second paragraph is deleted in its entirety.

Under General Policy Exclusions, General Exclusions, Racing, is deleted and replaced with the following:

**Racing**
We do not provide any coverage for loss, damage, liability or expenses arising out of the use of your insured vessel during any instruction, practice, preparation for, or participation in, any competitive, prearranged or organized racing, speed test or speed contest, sports event or timed event of any kind, except sailboat races or predicted log contests.

Under General Policy Exclusions, General Exclusions, Chemical weapons and cyber attacks, is deleted in its entirety.

Under Policy Terms, General Conditions, Assignment, is deleted and replaced with the following:

## Assignment
This policy cannot be assigned to anyone else without our permission.

Under Policy Terms, Property Damage Conditions, Your duties after a loss, Notification, Display of loss, and Examination under oath, are deleted and replaced with the following:

**Notification.** You must notify us or your agent or broker of your loss as soon as is practicable. In case of theft or accident, you must also notify the police or similar competent authority.

**Display of loss.** You must show us the damaged property when reasonably possible when we ask and as often as we require.

**Examination under oath.** We have the right to examine separately under oath, as often as we may reasonably require, you, family members, captain or crew members, other members of your household, anyone using your insured vessel with your permission, and have them subscribe the same. We may also ask you to give us a signed description of the circumstances surrounding a loss and your interest in it, and to produce all relevant records and documents we request and permit us to make copies.

Under Policy Terms, Property Damage Conditions, Insurable interest, the second sentence is deleted in its entirety.

Under Policy Terms, Property Damage Conditions, Loss payee, the third paragraph is deleted and replaced with the following:

Policy conditions under Legal action against us do not apply to the loss payee except for in relation to a survey. If the policy is cancelled or not renewed by us, the loss payee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

Under Policy Terms, Liability, Medical Payments and Uninsured Boaters Protection Conditions, Your duties after a loss, Examination under oath, is deleted and replaced with the following:

**Examination under oath.** We have the right to examine separately under oath, as often as we may reasonably require, you, family members, captain or crew members, other members of your household, anyone using your insured vessel with your permission that is seeking coverage under the policy, and have them subscribe the same. We may also ask you to give us a signed description of the circumstances surrounding a loss and your interest in it, and to produce all relevant records and documents we request and permit us to make copies.

Under Policy Terms, Special Conditions, Legal action against us, Nonrenewal, Your cancellation, Our cancellation, Procedure and Refund, are deleted and replaced with the following:

## Legal action against us
You agree not to bring legal action against us unless you have first complied with all conditions of this policy. For property, you also agree to bring any action against us within five years after a loss occurs, but not until 30 days after proof of loss has been submitted to us. However, this five-year period is extended by the number of days between the date that proof of loss is submitted and the date the claim is denied in whole or in part.

For liability, you also agree not to bring any action against us until the amount of damages you are legally obligated to pay has been finally determined after an actual trial or appeal, if any, or by a written agreement between you, us and the claimant. No person or organization has any right under this policy to bring us into any action to determine the liability of a covered person.

## Nonrenewal

If we decline to renew this policy, we will mail you a notice of nonrenewal at the mailing address shown on the Declarations Page at least 90 days before the policy ends and we will obtain a certificate of mailing. If the policy period is other than one year, we have the right to refuse to renew only on each anniversary of the effective date. This notice will contain the reason(s) for nonrenewal.

## Your cancellation

You may cancel this policy at any time by returning it to us or notifying us in writing of the future date that the cancellation is to take effect.

## Our cancellation

We may cancel this policy subject to the following conditions.

**Nonpayment of premium.** We may cancel this policy with 10 days notice if you fail to pay the premium by the due date, regardless of whether the premium is payable to us, to our agent, or under any finance or credit plan. However, if this policy is cancelled because of a lender's failure to timely pay the premium when due, we will reinstate the policy retroactive to the date of cancellation if we receive the past due premium within 90 days of the due date.

**90 days or less.** When this policy has been in effect for 90 days or less, we may cancel with 20 days notice for any reason.

**Over 90 days.** When this policy has been in effect over 90 days, we will provide 90 days notice of cancellation.

We may cancel this policy if:
- the coverage was obtained through misrepresentation, fraudulent statements, or omissions or concealment of a material fact that is relevant to the acceptance of the risk or to the hazard we assumed; or
- there is a substantial change in the risk which increases the chance of loss after insurance coverage has been issued or renewed; or
- there is a failure to comply with underwriting requirements established by us within 90 days of the effective date of coverage; or
- the cancellation is for all insureds under such policies for a given class of insureds.

## Procedure

To cancel this policy, we must notify you in writing. This notice will be mailed to you at the mailing address shown on the Declarations Page within the timeframes required by law with any cancellation reasons required by law. We will obtain a certificate of mailing. This notice will include the date the cancellation is to take effect.

**Refund**

In the event of cancellation by you or by us, we will refund all unearned premium within 15 days after the effective date of cancellation. The unearned premium will be computed pro rata for the unexpired term for each part of the policy.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

## SCHEDULED VESSEL ENDORSEMENT

| Named Insured **Where's Eileen, LLC** | | | Vessel Number **Vessel 1** |
|---|---|---|---|
| Policy Number **Y09879407** | Policy Period **6/10/2019 TO 6/10/2020** | | Effective Date of Endorsement **6/10/2019** |
| Issued By (Name of Insurance Company) **ACE AMERICAN INSURANCE COMPANY** | | | |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

In consideration of the premium charged $ <u>74100</u> , the following is hereby included in the coverages afforded by the present policy:

### SUBJECT MATTER OF INSURANCE

Vessel Description: **2019, 112' OCEAN ALEXANDER, 112 MY**
Hull I.D./Documentation Number:  **OAX11204B819**
Vessel Name:  **'Where's Eileen'**

### COVERAGE PROVIDED ---

| COVERAGES | | AMOUNT OF INSURANCE | | DEDUCTIBLE | | ANNUAL PREMIUM |
|---|---|---|---|---|---|---|
| Property Damage | $ | 13,500,000 | $ | 67,500 | $ | 62,325 |
| Windstorm Deductible | | | $ | Not Applicable | $ | |
| Emergency Towing and Service | $ | 13,500,000 | $ | 0 | $ | Included |
| Liability | $ | 15,000,000 | $ | 0 | $ | 6,630 |
| Medical Payments | $ | 100,000 | $ | 0 | $ | Included |
| Uninsured Boater | $ | 2,000,000 | $ | 0 | $ | Included |
| Trailer | $ | 5,000 | $ | 250 | $ | Included |
| Personal Property | $ | 100,000 | $ | 0 | $ | Included |
| Premium Bearing Endt(s) | | | | | $ | 5,145 |
| | | | | **TOTAL** | $ | 74,100 |

**APPLICABLE FORMS & ENDORSEMENTS:**   (Refer to Forms Schedule on Declarations Page for Form Names)
*RM100000 *RM150000 *RM200000 *RM210000 *RM220000 *RM230000 *RM240000 *MA-7W74a
*MA-16119d *RM-5007 *RM-5008 *CC-1E15a(RMM-5028) *MA-9S87b *MA-9S88a *MA-9S91g

*Denotes form is included with Insured copy

**NAVIGATION WARRANTY:**
Refer to Form: **MA-7W74a**

**SUMMER MOORING LOCATION:  Fort Lauderdale, FL 33301**

**LOSS PAYEE:**  We will make payments for Property Damage losses to the Insured and
**BB&T - Titled Collateral**
**PO Box 2287**
**Wilson, NC 27894**

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

## NAVIGATION WARRANTY

| Named Insured **Where's Eileen, LLC** | | | Endorsement Number **Vessel 1** |
|---|---|---|---|
| Policy Symbol **YMY** | Policy Number **Y09879407** | Policy Period **6/10/2019 TO 6/10/2020** | Effective Date of Endorsement **6/10/2019** |
| Issued By (Name of Insurance Company) **ACE AMERICAN INSURANCE COMPANY** | | | |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

Warranted confined to:

Atlantic, Gulf and inland waters of North America, and Central America, and the waters of the Caribbean Sea.

All within the following parameters:
- not north of Halifax, Nova Scotia;
- not south of 14 degrees North Latitude;
- not east of 58 degrees West Longitude;

excluding, the coastal waters of: Bermuda, Cuba, Haiti, and Nicaragua.

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.**

MA-7W74a (5/97) Ptd. in U.S.A.



**Captain On File and Special No-Captain Deductible Endorsement**

CHUBB

| Named Insured | | Vessel Number |
|---|---|---|
| **Where's Eileen, LLC** | | **Vessel 1** |
| Policy Number | Policy Period | Effective Date of Endorsement |
| **Y09879407** | **6/10/2019 TO 6/10/2020** | **6/10/2019** |
| Issued By (Name of Insurance Company) | | |
| **ACE AMERICAN INSURANCE COMPANY** | | |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

This endorsement applies to an insured vessel only if shown on the Declarations Page or the applicable Scheduled Vessel Endorsement for that insured vessel.

It is a condition of this policy that you must employ the captain on file, as shown below, for your insured vessel. You must provide us with your captain's written resume and we must approve of him/her before he/she becomes the captain on file. If the captain on file is no longer your captain, you must notify us within 30 days of his/her last date of employment. If you hire a new captain, you must provide us with his/her written resume, and we must approve of him/her before he/she becomes the new captain on file. If we do not approve of your new captain, we will send you a notice of cancellation to the mailing address shown on the Declarations Page within the timeframes required by law.

Any time during the policy term that the captain on file is no longer your captain, in lieu of the property damage deductible, a special 50% no-captain deductible applies to each occurrence, unless we agree in advance in writing to waive this special deductible. The dollar amount of this special no-captain deductible is equal to 50% of the amount of coverage for property damage as shown on the Declarations Page at the time of a covered loss. However, the special no-captain deductible does not apply of the covered loss is caused directly by lightning and no other peril.

Captain on file means the person employed by you as the captain of your insured vessel who has no other employment and who is shown in our files and listed below as your captain on file.

**Captain on file:**
**Tony Valentino**

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.



**Crew Members Endorsement**

| Named Insured | | Vessel Number |
|---|---|---|
| **Where's Eileen, LLC** | | **Vessel 1** |
| Policy Number | Policy Period | Effective Date of Endorsement |
| **Y09879407** | **6/10/2019 TO 6/10/2020** | **6/10/2019** |
| Issued By (Name of Insurance Company) | | |
| **ACE AMERICAN INSURANCE COMPANY** | | |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

This endorsement applies to an insured vessel only if shown on the Declarations Page or the applicable Scheduled Vessel Endorsement for that insured vessel.

It is a condition of this policy that there are no more than (5) crew member(s), including the captain, employed on board your insured vessel at any one time.

If additional crew are employed on board your insured vessel at any time during the policy period, you are required to give prior notice to us and pay any additional premium. If you fail to give such prior notice to us and there is a greater number of crew members employed than is stated above, we will only provide you coverage in the proportion that the above number of crew members bears to the actual number of crew members on board at the time of loss.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

RM-5008 (11/17)                                                                                                          Page **1** of **1**



| Named Insured **Where's Eileen, LLC** | | Vessel Number **Vessel 1** |
|---|---|---|
| Policy Number **Y09879407** | Policy Period **6/10/2019 TO 6/10/2020** | Effective Date of Endorsement **6/10/2019** |
| Issued By (Name of Insurance Company) **ACE AMERICAN INSURANCE COMPANY** | | |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

### TOWING ENDORSEMENT

This endorsement applies to an insured vessel only if shown on the Declarations Page or the applicable Scheduled Vessel Endorsement for that insured vessel.

Under Yacht Preference Property Damage Coverage, Extra Property Damage Coverages, the following is added:

Towing

We cover loss arising out of the towing of your 2019 36' Blackwater when towed by your 2019 112' Ocean Alexander 'Where's Eileen'. In lieu of the property damage deductible, a special towing deductible of 50% applies to each covered loss to the 2019 36' Blackwater resulting from towing. Accordingly, the Towing exclusion under General Policy Exclusions does not apply to such towing.

Under Yacht Preference Liability Coverage, Extra Liability Coverages, the following is added:

Towing

We cover damages arising out of the towing of your 2019 36' Blackwater when towed by your 2019 112' Ocean Alexander 'Where's Eileen'. Accordingly, the Towing exclusion under General Policy Exclusions does not apply to such towing.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.



**Hull War Risk and Strike
Clause Endorsement**

| Named Insured | Vessel Number |
|---|---|
| **Where's Eileen, LLC** | **Vessel 1** |

| Policy Number | Policy Period | Effective Date of Endorsement |
|---|---|---|
| **Y09879407** | **6/10/2019 TO 6/10/2020** | **6/10/2019** |

| Issued By (Name of Insurance Company) |
|---|
| **ACE AMERICAN INSURANCE COMPANY** |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

This endorsement applies to an insured vessel only if shown on the Declarations Page or the applicable Scheduled Vessel Endorsement for that insured vessel.

American Institute Hull War Risks and Strikes Clauses, including Automatic Termination and Cancellation provisions, for attachment to American Institute Hull Clauses September 29. 2009, as amended:

This insurance, subject to the exclusions set forth herein, covers only those risks which would be covered by the attached policy (including collision liability) in the absence of the WAR, STRIKES AND RELATED EXCLUSIONS clause contained therein but which are excluded thereby and which risks shall be construed as also including:

1. Any mine, bomb or torpedo not carried as cargo on board the Vessel:
2. Any weapon of war employing atomic or nuclear fission and/or fusion or other like reaction or radioactive force or matter;
3. Civil war, revolution, rebellion, insurrection, or civil strife arising therefrom, or piracy;
4. Strikes, lockouts, political or labor disturbances, civil commotions, riots, martial law, military or usurped power;
5. Malicious acts or vandalism to the extent only that such risks are not covered by the attached Policy;
6. Hostilities or warlike operations (whether there be a declaration of war or not) but this paragraph (6) shall not include collision or contact with aircraft, rockets or similar missiles, or with any fixed or floating object, or stranding, heavy weather, fire or explosion unless caused directly by a hostile act by or against a belligerent power which act is independent of the nature of the voyage or service which the Vessel concerned or, in the case of a collision, any other vessel involved therein, is performing. As used herein, "power" includes any authority maintaining naval, military or air forces in association with a power;
7. Confiscation or expropriation;
8. Any act perpetrated by terrorists or any act carried out by any person or persons acting primarily from a political, religious or ideological motive;
9. Any threat of terrorist activity, actual or perceived, including closure of ports or blockage of waterways resulting therefrom.

**EXCLUSIONS**
This Insurance does not cover any loss, damage or expense caused by, resulting from, or incurred as a consequence of:

a. Any hostile detonation of any weapon of war described above in paragraph (2);
b. Outbreak of war (whether there be a declaration of war or not) between any of the following countries: United States of America, United Kingdom, France, the Russian Federation or the People's Republic of China;
c. Delay or demurrage;



**Hull War Risk and Strike Clause Endorsement**

d.  Requisition or preemption;
e.  Arrest, restraint or detainment under customs or quarantine regulations and similar arrests, restraints or detainments not arising from actual or impending hostilities;
f.  Capture, seizure, arrest, restraint, detainment, confiscation or expropriation by the Government of the United States or of the country in which the Vessel is owned or registered.

## HELD COVERED AND OTHER PROVISIONS

"Subject to the provisions of the Automatic Termination and Cancellation Clauses below, held covered in the event of any breach of conditions as to loading or discharging of cargo at sea, or towage or salvage activities provided (a) notice is given to the Underwriters immediately following receipt of knowledge thereof by the Assured, and (b) any amended terms of cover and any additional premium required by the Underwriters are agreed to by the Assured."

If at the natural expiry time of this insurance the Vessel is at sea, this insurance will be extended, provided previous notice be given to the Underwriters, for an additional premium at a rate to be named by the Underwriters, until midnight Local Time of the day on which the Vessel enters the next port to which she proceeds and for 24 hours thereafter, but in no event shall such extension affect or postpone the operation of the Automatic Termination and Cancellation Clauses below.

The provisions of the attached policy with respect to Total Loss shall apply only to claims arising from physical damage to the Vessel.

In the event that the Vessel shall have been the subject of capture, seizure, arrest, restraint, detainment, confiscation or expropriation, and the Assured, by reason thereof, has lost the free use and disposal of the Vessel for continuous period of twelve (12) months (even though condemnation has not occurred), then for the purposes of ascertaining whether the Vessel is a constructive Total Loss, the Assured shall be deemed to have been deprived of the possession of the Vessel without any likelihood of recovery.

"Restraint" as used in the paragraph above shall be deemed to include the inability of the Vessel to sail from any port or place to the high seas because of the connecting waterway to all vessels of similar size or draft due to blockage of such waterway caused by hostilities or warlike operations.

Warranted not to abandon in case of capture, seizure, detention, confiscation or expropriation until after condemnation of the property insured, or, in circumstances set forth above, after twelve (12) months, whichever first occurs.

## AUTOMATIC TERMINATION AND CANCELLATION CLAUSES

A.  This insurance and any extension thereof, unless sooner terminated by the provisions of section B or C, shall terminate automatically upon and simultaneously with the occurrence of any hostile detonation of any nuclear weapon of war as defined above, wheresoever or whensoever such detonation may occur and whether or not the Vessel may be involved.
B.  This insurance and any extension thereof, unless sooner terminated by the provisions of section A or C, shall terminate automatically upon and simultaneously with the outbreak of war, whether there be a declaration of war or not, between any of the following countries: United States of America, United Kingdom, France, the Russian Federation or the People's Republic of China.
C.  This insurance and any extension thereof, unless sooner terminated by section A or B, shall terminate automatically if and when the Vessel is requisitioned, either for title or use.
D.  This insurance and any extension thereof may be cancelled at any time at the Assured's request, or by Underwriters upon seven (7) days' written notice being given to the Assured, but in no event shall such cancellation affect or postpone the operation of the provisions of sections A, B or C. Written or electronic notice sent to the Assured at his (its) last known address shall constitute a complete notice of cancellation and such notice mailed or sent electronically to the said Assured, care of the broker



**Hull War Risk and Strike
Clause Endorsement**

who negotiated this insurance, shall have the same effect as if sent to the said Assured direct. The mailing or electronic of notice as aforesaid shall be sufficient proof of notice and the effective date and hour of cancellation shall be seven (7) days from midnight Local Time of the day on which such notice was mailed or sent electronically as aforesaid. Underwriters agree, however, to reinstate this insurance subject to agreement between Underwriters and the Assured prior to the effective date and hour of such cancellation as to new rate of premium and/or conditions and/or warranties.

**RETURNS OF PREMIUM**
The refund clause of the attached policy is deleted and the following substituted therefore: "In the event of an automatic termination or cancellation of this insurance under the provisions of sections A, B, C or D above, or if the Vessel be sold, pro rata net return of premium will be payable to the Assured, provided always that a Total Loss of the Vessel has not occurred during the currency of this Policy. In no other event shall there be any return of premium."

THIS INSURANCE SHALL NOT BECOME EFFECTIVE IF, PRIOR TO THE INTENDED TIME OF ITS ATTACHMENT, THERE HAS OCCURRED ANY EVENT WHICH WOULD HAVE AUTOMATICALLY TERMINATED THIS INSURANCE UNDER THE PROVISIONS OF SECTIONS A, B, OR C HEREOF HAD THIS INSURANCE ATTACHED PRIOR TO SUCH OCCURRENCE.

**PLEASE REFER TO YOUR POLICY FOR THE TERMS, CONDITIONS  AND EXCLUSIONS FOR THE PRECISE COVERAGE AFFORDED.**

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.



**War Risk Liability Endorsement**

| Named Insured | | Vessel Number |
|---|---|---|
| **Where's Eileen, LLC** | | **Vessel 1** |
| Policy Number | Policy Period | Effective Date of Endorsement |
| **Y09879407** | **6/10/2019 TO 6/10/2020** | **6/10/2019** |
| Issued By (Name of Insurance Company) | | |
| **ACE AMERICAN INSURANCE COMPANY** | | |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

This endorsement applies to an insured vessel only if shown on the Declarations Page or the applicable Scheduled Vessel Endorsement for that insured vessel.

Under Liability Coverage, Extra Liability Coverages, the following is added:

## War Risk

We cover damages you are legally obligated to pay for bodily and property damage caused directly or indirectly by war, undeclared war, civil war, insurrection, rebellion, revolution, capture, seizure, arrest, restraint or detainment, strikes, riots, civil commotion, warlike acts by military forces or personnel or the consequences of any of these actions. This includes the contractual repatriation expenses of any crew member. These payments do not increase the amount of liability coverage.

### Automatic Termination and Cancellation Clauses

This part of your coverage will terminate automatically at the same time as the coverage provided under the Endorsement, American Institute Hull War Risks and Strikes Clauses based on the terms and conditions contained in the Automatic Termination and Cancellation Clauses of the Endorsement, American Institute Hull War Risks and Strikes Clauses. However, in the event of a covered loss to your insured vessel prior to the expiration of this policy or the automatic termination of this policy, this insurance will continue to cover your liability to the crew of your insured vessel, subject to the policy's terms and conditions and your payment of the required additional premium, until the crew is either discharged or landed at a port or place to which you are obliged to bring them.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.



*Masterpiece*®

CHUBB*

**War Risk Trading
Warranties Endorsement**

| Named Insured | | Vessel Number |
|---|---|---|
| **Where's Eileen, LLC** | | **Vessel 1** |
| Policy Number | Policy Period | Effective Date of Endorsement |
| **Y09879407** | **6/10/2019 TO 6/10/2020** | **6/10/2019** |
| Issued By (Name of Insurance Company) | | |
| **ACE AMERICAN INSURANCE COMPANY** | | |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

This endorsement applies to an insured vessel only if shown on the Declarations Page or the applicable Scheduled Vessel Endorsement for that insured vessel.

Coverage provided by the Endorsement, American Institute Hull War Risks and Strikes Clauses, does not apply in the event that your insured vessel sails for, deviates towards, or is within the territorial waters of any of the countries listed in the current exclusions below (including any port area that at the date of this notice constitutes part of such a country or place however it may hereafter be described), unless we agree in advance in writing to provide coverage and you pay the required additional premium.

**Current exclusions:**
- Bahrain excluding transit
- Benin
- Borneo, but only the northeast coast between the ports of Kudat and Tarakan inclusive
- Djibouti excluding transit
- Eritrea, but only South of 15 degrees N
- Georgia
- Gulf of Guinea, but only the waters of the Beninese and Nigerian Exclusive Economic Zones north of Latitude 3 degrees N.
- Indian Ocean / Arabian Sea / Gulf of Aden / Gulf of Oman / Southern Red Sea, the waters enclosed by the following boundaries: on the northwest, by the Red Sea, south of Latitude 15 degrees N, on the west of the Gulf of Oman by Longitude 58 degrees E, on the east, Longitude 78 degrees E and on the south, Latitude 12 degrees S excepting coastal waters adjoining territories up to 12 nautical miles offshore unless otherwise provided.
- Iran
- Iraq, including all Iraqi offshore oil terminals
- Israel
- Lebanon
- Libya
- Nigeria
- Pakistan
- Saudi Arabia excluding transit
- Somalia
- Sumatera (Sumatra), but only the northeastern coast between 5 degrees 40' N and 0 degrees 48' N, excluding transit.
- Sula Archipelago including Jolo the area enclosed between: on the western side, a straight line between Tanjung Bidadari (5 degrees 49'.6 N, 118 degrees 21'.0 E) to position 3 degrees 32'.0 N, 118 degrees 57'.0 E on the southeastern side, a straight line from there to position 5 degrees 50'.0 N, 122 degrees 31'.0 E and thence northwards to position 7 degrees 06'.6 N, 122 degrees 31'.0 E



**War Risk Trading
Warranties Endorsement**

on the northern side, a straight line from the Batorampon Point Light (7 degrees 06'.6 N, 121 degrees 53'.8 E) and on the northwestern side, a straight line from there back to Tanjung Bidadari.

- Syria
- The port of Balikpapan (SE Borneo) including waters out to 25 nautical miles
- The port of Jakarta
- Venezuela, including all offshore installations in the Venezuelan EEZ
- Yemen

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

## SCHEDULED VESSEL ENDORSEMENT

| Named Insured **Where's Eileen, LLC** | | Vessel Number **Vessel 2** |
|---|---|---|
| Policy Number **Y09879407** | Policy Period **6/10/2019 TO 6/10/2020** | Effective Date of Endorsement **6/10/2019** |
| Issued By (Name of Insurance Company) **ACE AMERICAN INSURANCE COMPANY** | | |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

In consideration of the premium charged $ <u>7750</u> , the following is hereby included in the coverages afforded by the present policy:

### SUBJECT MATTER OF INSURANCE

Vessel Description: **2019, 36' BLACKWATER, 36**
Hull I.D./Documentation Number:   **BLK00043C819**
Vessel Name:

### COVERAGE PROVIDED ---

| COVERAGES | | AMOUNT OF INSURANCE | | DEDUCTIBLE | | ANNUAL PREMIUM |
|---|---|---|---|---|---|---|
| Property Damage | $ | 350,000 | $ | 7,000 | $ | 4,375 |
| Windstorm Deductible | | | $ | 35,000 | $ | |
| Emergency Towing and Service | $ | 350,000 | $ | 0 | $ | Included |
| Liability | $ | 15,000,000 | $ | 0 | $ | 3,375 |
| Medical Payments | $ | 25,000 | $ | 0 | $ | Included |
| Uninsured Boater | $ | 2,000,000 | $ | 0 | $ | Included |
| Trailer | $ | 5,000 | $ | 250 | $ | Included |
| Personal Property | $ | 25,000 | $ | 0 | $ | Included |
| Premium Bearing Endt(s) | | | | | $ | |
| | | | | **TOTAL** | $ | 7,750 |

**APPLICABLE FORMS & ENDORSEMENTS:**   (Refer to Forms Schedule on Declarations Page for Form Names)
**\*RM100000  \*RM140000  \*RM190000  \*RM210000  \*RM220000  \*RM230000  \*RM240000  \*MA-7W74a \*MA-16119d  \*RM-5000  \*RM-5008  \*CC-1E15a(RMM-5028)**

\*Denotes form is included with Insured copy

**NAVIGATION WARRANTY:**
Refer to Form: **MA-7W74a**

**SUMMER MOORING LOCATION: Lighthouse Point, FL 33064**

**LOSS PAYEE:**  We will make payments for Property Damage losses to the Insured and

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

## NAVIGATION WARRANTY

| Named Insured  **Where's Eileen, LLC** | | | Endorsement Number  **Vessel 2** |
| --- | --- | --- | --- |
| Policy Symbol  **YMY** | Policy Number  **Y09879407** | Policy Period  **6/10/2019 TO 6/10/2020** | Effective Date of Endorsement  **6/10/2019** |
| Issued By (Name of Insurance Company)  **ACE AMERICAN INSURANCE COMPANY** | | | |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

Warranted confined to:

Atlantic, Gulf and inland waters of North America, and Central America, and the waters of the Caribbean Sea.

All within the following parameters:
- not north of Halifax, Nova Scotia;
- not south of 14 degrees North Latitude;
- not east of 58 degrees West Longitude;

excluding, the coastal waters of:  Bermuda, Cuba, Haiti, and Nicaragua.

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

MA-7W74a (5/97) Ptd. in U.S.A.



**Special Windstorm
Deductible Endorsement**

| Named Insured | Vessel Number |
|---|---|
| **Where's Eileen, LLC** | **Vessel 2** |

| Policy Number | Policy Period | Effective Date of Endorsement |
|---|---|---|
| **Y09879407** | **6/10/2019 TO 6/10/2020** | **6/10/2019** |

| Issued By (Name of Insurance Company) |
|---|
| **ACE AMERICAN INSURANCE COMPANY** |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

This endorsement applies to an insured vessel only if shown on the Declarations Page or the applicable Scheduled Vessel Endorsement for that insured vessel.

Under Property Damage Coverage, Payment for a Loss, Deductible, the following is added:

In lieu of the property damage deductible shown on the Declarations Page, a special windstorm deductible applies to each covered loss caused by wind, rain, water, wave or hail when those losses are the result of a tropical depression, tropical storm or hurricane.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.



*Crew Members*
*Endorsement*

| Named Insured | | Vessel Number |
|---|---|---|
| **Where's Eileen, LLC** | | **Vessel 2** |
| Policy Number | Policy Period | Effective Date of Endorsement |
| **Y09879407** | **6/10/2019 TO 6/10/2020** | **6/10/2019** |
| Issued By (Name of Insurance Company) | | |
| **ACE AMERICAN INSURANCE COMPANY** | | |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

This endorsement applies to an insured vessel only if shown on the Declarations Page or the applicable Scheduled Vessel Endorsement for that insured vessel.

It is a condition of this policy that there are no more than (5) crew member(s), including the captain, employed on board your insured vessel at any one time.

If additional crew are employed on board your insured vessel at any time during the policy period, you are required to give prior notice to us and pay any additional premium. If you fail to give such prior notice to us and there is a greater number of crew members employed than is stated above, we will only provide you coverage in the proportion that the above number of crew members bears to the actual number of crew members on board at the time of loss.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.



| Named Insured  **Where's Eileen, LLC** | | Vessel Number  **Vessel 2** |
|---|---|---|
| Policy Number  **Y09879407** | Policy Period  **6/10/2019 TO 6/10/2020** | Effective Date of Endorsement  **6/10/2019** |
| Issued By (Name of Insurance Company)  **ACE AMERICAN INSURANCE COMPANY** | | |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

### TOWING ENDORSEMENT

This endorsement applies to an insured vessel only if shown on the Declarations Page or the applicable Scheduled Vessel Endorsement for that insured vessel.

Under Yacht Select Property Damage Coverage, Extra Property Damage Coverages, the following is added:

Towing

We cover loss arising out of the towing of your 2019 36' Blackwater when towed by your 2019 112' Ocean Alexander 'Where's Eileen'. In lieu of the property damage deductible, a special towing deductible of 50% applies to each covered loss to the 2019 36' Blackwater resulting from towing. Accordingly, the Towing exclusion under General Policy Exclusions does not apply to such towing.

Under Yacht Select Liability Coverage, Extra Liability Coverages, the following is added:

Towing

We cover damages arising out of the towing of your 2019 36' Blackwater when towed by your 2019 112' Ocean Alexander 'Where's Eileen'. Accordingly, the Towing exclusion under General Policy Exclusions does not apply to such towing.


ALL OTHER TERMS AND CONDITIONS OF THE POLICY REMAIN UNCHANGED.

# EXHIBIT 2



February 28, 2020

**VIA ELECTRONIC MAIL**

Mr. & Mrs. Mark Fischer
534 Bontona Ave
Fort Lauderdale, FL. 33301

Re: 112 Ocean Alexander

Dear Mr. and Mrs. Fischer:

      This letter will serve to inform you that MarineMax is unable to take your 112' Ocean Alexander "Where's Eileen" on trade. We simply cannot ascertain the market value given the lightning strike, extensive repairs and the impact of the associated disclosure letter to a new buyer.

      Moreover, we feel that even with a strong disclosure letter there is underlying liability due to the nature of the repairs that we are not willing to accept. We believe given the severity of the strike and subsequent damage that resources do not exist to get the boat back working properly without the overhang of massive liability to the seller. We also would not be willing to represent the boat in the brokerage market for the same reasons.

      We stand ready to help in any way possible, however representing the boat for sale is not an avenue for us given the nature of the damage and subsequent repairs.

Respectfully,

Chuck Cashman,
Chief Revenue Officer

# EXHIBIT
# 3



March 2, 2020

Mark & Eileen Fischer
2716 NE 30th Ave
Lighthouse Point, FL. 33604

RE: 2019 Ocean Alexander 112, HIN: OAK11204B819

Dear Mr. and Mrs. Fischer,

We are so very sorry about the damage your yacht (referenced above) incurred from lightning. Having been advised of the extent of the damages to the yacht and having our VP of Operations inspect the yacht, we believe the only way to approach any repair is to replace the entire electrical system to include [wiring, switches, panels, electronics, generators and any components that have been impacted by the lighting.

We are not aware of any structural damage; however, lightning can result in this kind of damage and the vessel should be inspected by certified professional to determine if any damage has occurred.

To do anything less would, in our opinion, leave the yacht in an unsafe condition for use by you or any future owner of the yacht.

Sincerely,

Richard Allender
Director of US Operations

# EXHIBIT
# 4

ACE AMERICAN INSURANCE COMPANY
1 PROGRESS POINT PARKWAY
O'FALLON MO 63368

# NOTICE OF NONRENEWAL OF INSURANCE

Named Insured & Mailing Address:

WHERE'S EILEEN, LLC
534 BONTONA AVE
FORT LAUDERDALE FL 33301

Producer: 2020/74

NOVAMAR INSURANCE GROUP INC
1222 2ND STREET
SARASOTA FL 34236

Policy No.:  Y09879407
Type of Policy:  MASTERPIECE BOAT SELECT
Date of Expiration:  06/10/2020, 12:01 A.M. Local Time at the mailing address of the Named Insured

We will not renew this policy when it expires.  Your insurance will cease on the Expiration Date shown above.

The reason for nonrenewal is  adverse loss activity within the experience period.  On 06/28/2019 insured yacht suffered a loss caused by flooding on the bridge deck. Claim is open.  On 09/09/2019, insured yacht suffered a loss caused by lightning. Claim is open - $316,159.87 paid to date

Date Mailed:
15th day of April, 2020

JUDITH LAMBERT

Named Insured

WHERE'S EILEEN, LLC
534 BONTONA AVE
FORT LAUDERDALE FL 33301

Copy for Named Insured

FORM# PN969/FL-51996
CPD 3.0 20/24

FLPN61NONE APP
0415/2020/MYKV
Page 1 of 1