**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**Case No.: 0:24-cv-60161-WPD**

WHERE'S EILEEN, LLC; MARK J. FISCHER; and EILEEN FISCHER;

Plaintiffs,

v.

ACE AMERICAN INSURANCE COMPANY,

Defendant. /

**ACE AMERICAN INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT**

Defendant, ACE AMERICAN INSURANCE COMPANY, pursuant to Fed. R. Civ. P. 7.1(a)(1), hereby discloses that ACE American Insurance Company is a wholly owned subsidiary of INA Holdings Corporation, which is a wholly owned subsidiary of INA Financial Corporation. INA Financial Corporation is a wholly owned subsidiary of INA Corporation, which is a wholly owned subsidiary of Chubb INA Holdings Inc. Chubb INA Holdings Inc. is owned 80% by Chubb Group Holdings Inc. and 20% by Chubb Limited. Chubb Group Holdings Inc. is a wholly owned subsidiary of Chubb Limited. Chubb Limited (NYSE: CB) is the only publicly traded company holding more than a 10% ownership interest in ACE American Insurance Company.

Pursuant to Fed. R. Civ. P. 7.1(a)(2), ACE American Insurance Company hereby discloses that it is a corporation organized under the laws of Pennsylvania with its principal place of business in Pennsylvania. ACE American Insurance Company is therefore a citizen of Pennsylvania within the meaning of 28 U.S.C. § 1332(c).

Dated: February 1, 2024.

Respectfully submitted,

**DAVANT LAW, P.A.**
*Attorneys for Defendant*
12 Southeast 7th Street, Suite 601
Fort Lauderdale, FL 33301
Telephone: (954) 414-0400

By: */s/ Aaron M. Dmiszewicki*
Charles S. Davant
Florida Bar No. 15178
csd@davantlaw.com
Aaron M. Dmiszewicki
Florida Bar No. 111455
amd@davantlaw.com