UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO: 0:24-cv-60161-DIMITROULEAS

WHERE'S EILEEN, LLC, MARK J.
FISCHER and EILEEN FISCHER,

        Plaintiffs,

v.

ACE AMERICAN INSURANCE COMPANY,

        Defendant.

_____/

**WHERE'S EILEEN, LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a)(1) and (2) of the Federal Rules of Civil Procedure undersigned counsel of record for Plaintiff, Where's Eileen, LLC, certifies as follows:

1. Where's Eileen, LLC has no corporate parents, subsidiaries, or affiliates, which are publicly held.

2. Where's Eileen, LLC is managed by Co-Plaintiff member Mark J. Fisher, a resident of Florida.

3. Where's Eileen, LLC additional member is Co-Plaintiff, Eileen Fischer, also a resident of Florida.

        Respectfully submitted,

        THE LAW OFFICES OF MICHELLE OTERO VALDES

        By:   /s/ Michelle Otero Valdes
              Michelle Otero Valdes, B.C.S.
              Florida Bar No. 14990
              2030 S. Douglas Road, Suite 117
              Coral Gables, Florida 33134
              Tel: (305) 337-3700
              Fax: (866) 702-4577

                                              Email: mov@miamimaritimelaw.co
                                              Email: admin@miamimaritimelaw.co
                                              *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 5, 2024, the foregoing document is being filed with this Court and served on all counsel of record or pro se parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

                                              /s/ Michelle Otero Valdés
                                              Michelle Otero Valdés, B.C.S.

## SERVICE LIST

**DAVANT LAW, P.A.**
Aaron M. Dmiszewicki, Esq.
Florida Bar No. 111455
Charles S. Davant, Esq.
Florida Bar No. 15178
12 Southeast 7th Street
Suite 601
Fort Lauderdale, Fl 33301
Telephone: 954-4140400
Email: amd@davantlaw.com
Email: csd@davantlaw.com
*Attorneys for Defendant*