EXHIBIT 1



Contact us for more information:

T 0860 223 252
F 011 783 0812
myclaim@chubb.com

# Claim form

## Property Loss or Damage
**Please write in black ink and use block capital letters.**
- Please return the completed claim form together with any enclosures to your insurance broker or to Chubb at the address shown
- The completion and/or submission of this claim form to us does not constitute and admission of your claim by Chubb Insurance Limited South Africa

### 1. Insured details

| | |
|---|---|
| **Insured:** | **Policy Number:** |
| Where's Eileen LLC | Y09879407 |
| **Email Address:** | **Risk Address:** |
| mov@chaloslaw.com | 534 Bontona Avenue, Fort Lauderdale, FL 33301 |
| **Tel Number:** | |
| 305-377-3700 | |
| **Fax Number:** | |
| 786-580-4671 | |
| **Contact Person Name:** | |
| Michelle Otero Valdes | |

### 2. Insurance broker

| | |
|---|---|
| **Insurance Broker:** | **Contact Person Name:** |
| Novamar Insurance Group | Jerry Norman |
| **Email Address:** | **Postal Address:** |
| jerry@novamar.net | 1549 Ringling Boulevard, Suite 101, Sarasota, FL 34236 |
| **Telephone Number:** | |
| 800-823-2798 | |
| **Cell Number:** | |
| 941-526-9391 | |

## 3. Details of the loss

Date and time of the loss?

9/9/19 at 08:30 hours

When was the loss discovered?

9/9/19 at 08:30 hours

State full circumstances of the loss:

Vessel struck by direct lightning strike while underway 8 miles offshore the coastline of North Carolina. Please see survey report of Scott Armstrong attached hereto.

Address where the loss occurred?

8 miles offshore North Carolina

---

Were the premises occupied at the time of the loss?     ☑ Yes     ☐ No

If 'Yes' state by whom:

Mark Fischer, Eileen Fischer, Tony Valentino, Brittany Adki

If not occupied state when last occupied:

N/A

---

Was there forced entry to or exit from?     ☐ Yes     ☑ No

If 'Yes' provide details:

If forced entry/exit, what evidence can be provided?

---

Was the alarm activated?     ☐ Yes     ☑ No

If 'Yes' state if the security company responded to the alarm activation     ☐ Yes     ☑ No

Name of the alarm company:

N/A

**Please provide a copy of the alarm activation report**

---

If a crime related incident, please provide the police case reference number:

N/A

If Cell Phone related loss please provide:

N/A

ITC/Blacklisting number:

N/A

| Is this a Company Asset or a Personal Asset? | Is there any other insurance covering this loss/damage? | Does any other party have an interest in the insured property, e.g. Credit Agreement? |
|---|---|---|
| Company asset | No | Mark & Eileen Fischer |

## 4. Declaration

I/We declare that I/We have suffered the loss of or damage to the property as stated in this claim form
I/We declare that the said property was in my/our possession immediately prior to the stated loss or
I/We agree that the information stated in this claim for is true and correct.

Signature of Insured Representative: _____  Capacity: Managing Member     Dated: 4-7-20

## 5. List of damaged or stolen items being claimed for

| Description of item | Number of items | Make & model | Serial number | Place of purchase | Replacement or repair value |
|---|---|---|---|---|---|
| **Lost or stolen items:** Please note that proof of original ownership is required on all items lost or stolen. | 1 | | | | R $13.5 million |
| | | | | | R |
| | | | | | R |
| **Damaged items:** Please note that a damage report from an authorised repair company, stating the nature and cause of the damage is required on all items repaired. If the item is uneconomical to repair, the damage report must state this information. | | | | | R |
| | | | | | R |
| | | | | | R |
| | | | | | R |
| | | | | | R |
| | | | | | R |
| | | | | | R |
| | | | | | R |
| | | | | | R |
| | | | | | R |
| | | | | | R |
| **Total** | 1 | | | | R $13.5 million |

Chubb. Insured.℠

ACE has acquired Chubb, creating a global insurance leader operating under the renowned Chubb name. Chubb Insurance South Africa Limited (Reg. No. 1973/008953/06) is an authorised Financial Services Provider (FSP No. 27176), Ground Floor, The Bridle, Hunts End Office Park, 38 Wierda Road West, Wierda Valley, Sandton, 2196.