UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-60161-CIV-DIMITROULEAS

WHERE'S EILEEN, LLC, MARK J.
FISCHER, and EILEEN FISCHER,

     Plaintiffs,

vs.

ACE AMERICAN INSURANCE COMPANY,

     Defendant.

_____/

**ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF
MAGISTRATE JUDGE; GRANTING DEFENDANT'S MOTION
TO STAY AND COMPEL ARBITRATION**

THIS CAUSE is before the Court upon Defendant Ace American Insurance Company's

Motion to Compel Arbitration, filed February 29, 2024 [DE 11] and the August 27, 2024 Report

and Recommendation of Magistrate Judge Patrick M. Hunt (the "Report") [DE 24]. The Court

notes that no objections to the Report [DE 21] have been filed, and the time for filing such

objections has passed.[1] As no timely objections were filed, the Magistrate Judge's factual

findings in the Report [DE 24] are hereby adopted and deemed incorporated into this opinion.

*LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988);

*RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of

---

[1] To the extent Defendant's "Conditional Objection to the Report and Recommendation" constitutes an objection to the Report, it was confined to the narrow circumstances in which Plaintiff filed a timely objection to the Report, or in which this Court did not adopt the Report. Because neither circumstance exists here, Defendant's objection is moot.

the Report [DE 24] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 24] is hereby **ADOPTED** and **APPROVED**;

2. Defendant Ace American Insurance Company's Motion to Compel Arbitration [DE 11] is hereby **GRANTED** as follows:

   a. Plaintiffs Where's Eileen, LLC, Eileen Fisher, and Mark Fisher are hereby **COMPELLED** to arbitrate their claims against Defendant Ace American Insurance Company.

   b. This case is **STAYED** pending arbitration.

   c. The Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 5th day of September 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record